Brad D. Rose (BR-2740)
Dyan Finguerra-DuCharme (DF-9228)
Pryor Cashman LLP
7 Times Square
New York, New York 10036
*Attorneys for Plaintiff i am OTHER Entertainment, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------X
I AM OTHER ENTERTAINMENT, LLC,        :
                                      :
              Plaintiff,              :     Civil Action No.
                                      :
       v.                             :     COMPLAINT
                                      :
WILLIAM ADAMS and                     :
I.AM.SYMBOLIC, LLC.                   :
                                      :
              Defendants.             :
----------------------------------------------------X
```

Plaintiff I AM OTHER ENTERTAINMENT, LLC ("Plaintiff") files this Complaint against Defendants WILLIAM ADAMS ("Adams") and I.AM.SYMBOLIC, LLC (collectively referred to as "Defendants") and in support thereof alleges as follows:

## NATURE OF THE ACTION

1.    This is an action for a declaratory judgment pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02. Specifically, Plaintiff seeks a declaration of non-infringement of Defendants' claimed rights in a purported "family of marks" consisting of the "I AM" formative.

## THE PARTIES

2.    Plaintiff i am OTHER Entertainment, LLC is a limited liability company duly organized and existing pursuant to the laws of the State of Delaware and maintains its principal place of business at c/o Pryor Cashman LLP, 7 Times Square, New York, New York 10036.

3.      Defendant William Adams is an individual who, upon information and belief, resides in the State of California.

4.      Defendant i.am.symbolic, LLC is a limited liability company organized and existing under the laws of the State of California and maintains its principal place of business at 10960 Wilshire Boulevard, 5th Floor, Los Angeles, California 90024 c/o Hertz & Lichtenstein, LLP, 450 N. Roxbury Drive, 8th Floor, Beverly Hills, California 90210.

## JURISDICTION AND VENUE

5.      This Court has original jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121, 28 U.S.C §§ 1331, 1337 and 1338, and 28 U.S.C. §§ 2201 and 2202, this action being an action to have declared the rights and other legal relations of the parties.  This Court has jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367.

6.      This Court has personal jurisdiction over the Defendants because Defendants are doing business in New York, the claims at issue arise out of Defendants' transaction of business and/or supplying goods and services directed to consumers residing in New York.  These activities fall within the long-arm statute of the State of New York, CPLR § 302(a)(1).

7.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 and §1400.

## FACTS GIVING RISE TO THIS ACTION

8.      Plaintiff i am Other Entertainment LLC was formed by Pharrell Williams ("Williams"), the internationally renowned, Grammy-award winning musician, songwriter, and producer who is one of the most influential musical talents to emerge during the last decade. Williams is a creative force, using music, fashion, and design to express his distinctive style, redefining what it means to be a contemporary, multi-faceted recording artist, producer and writer.

2

9.    As part of the beat-making duo *The Neptunes*, Williams has produced for, and collaborated with, dozens of the music industry's most iconic personalities such as Justin Timberlake, Britney Spears, Jay-Z, Madonna, Robin Thicke, Nelly, Usher, Kelis, Kanye West, Snoop Dogg, Ludacris, Busta Rhymes and Miley Cyrus.  Many of these collaborations have reached Number 1 status on various charts and numerous recordings have been certified platinum by the Recording Industry Association of America.  Examples of Williams' successful collaborations include: Nelly's *Hot in Herre,* Snoop Dogg's *Drop It Like It's Hot,* and seven of the twelve tracks on Madonna's *Hard Candy* album.  While producers are typically behind the scenes, Williams' vocals have been featured on many of the collaborative sound recordings performed by these A-list pop stars, rappers and artists.

10.    The recent phenomena of Daft Punk's *Get Lucky*, a song co-written by and featuring Williams and Nile Rodgers, illustrates Williams' influence in the music industry. Released as a digital download on April 19, 2013, the single has received critical acclaim, has reached the top ten in the music charts in over 28 countries, has been certified gold or platinum in over five nations and has broken streaming records on various websites all within less than 60 days of the single's release.  In the United States, *Get Lucky* reached the Number 1 status on the *Billboard* Dance/Electronic Songs chart the week ending June 1, 2013.

11.    On June 19, 2013, Williams became the first artist in four years to place songs at Nos. 1 and 2 simultaneously on the *Billboard* Hot 100, specifically comprising the songs *Blurred Lines* featuring Williams and T.I. and *Get Lucky* featuring Williams and Nile Rodgers.

12.    Williams' unique style and creative aesthetics go beyond the world of music. Williams was voted the "Best Dressed Man in the World in 2005" by *Esquire*.  Williams founded the popular clothing brands, BILLIONAIRE BOYS CLUB and ICE CREAM and has

crafted limited edition jewelry and accessories for Louis Vuitton.  He also designed several collections for the famed Italian brand Moncler including high-end outerwear and sunglasses. His creativity, however, further abounds.  Williams designed a series of chairs with French furniture makers Domeau & Pérès and has partnered with a textile firm to produce environmentally-sustainable fabrics using recycled plastic bottles.  In short, Williams is a modern-day Renaissance man.

## PLAINTIFF'S USE OF I AM OTHER

13.    Plaintiff, founded by Williams, launched a video-driven website at <iamother.com> and an I AM OTHER YouTube channel that focuses on music, culture, fashion and the arts, while encouraging individuality through different forms of expression.  The I AM OTHER YouTube channel was created to foster and encourage individuality, as reflected in its original programming *Boy Genius Report* with tech guru Jonathan Geller, *Awkward Black Girl* by Issa Rae and a series by music journalist Nardwaur.  In a recent interview, Williams described the origins of the I AM OTHER YouTube channel as follows: "It's for people who think other. The first installment (of I Am Other) is about delivering those experiences through products, excursions, anything that is tangible to a human that can make their life easier. […] A lot of companies claim they can make the world better.  We want to make lives easier and unlock what normally would seem impossible possible."

14.    The I AM OTHER website includes this "manifesto" written by Williams:

# MANIFESTO

**i am OTHER**

By Pharrell Williams

I serve and represent the **OTHERS** because I am one myself.

**OTHERS** defy expectations and stereotypes. We are curious, ambitious, energetic and have every intention of squeezing the most out of life. Above all, we are individuals.

**OTHERS** don't fit into categories. We are not jocks. Or skaters. Or musicians. Or students. Or technologists. Or audiophiles. We want to be all of the above and then some.

**OTHERS** are a diverse group of optimistic, bright minds connected by technology and a desire to make our mark, who together can advance culture and even humanity.

**OTHERS** are not defined by demographics or geography. We have shared ideals, dreams and a vision for a new reality.

**OTHERS** believe individuality is the new wealth. Experiences are the new assets to acquire. Whoever is the most individual wins.

**i am OTHER** celebrates people who push society forward. The thinkers. The innovators. The outcasts. History has proven that it's the rule breakers who have the power to change the world.

Be **OTHER**.

15.    On the <iamother.com> website and on the I AM OTHER YouTube channel, the I AM OTHER mark appears in the following distinctive style:



Attached as Exhibit 1 are recent printouts from the <iamother.com> website. Wherever the mark appears in the text, the OTHER portion of the mark is the dominant feature (as shown in the "manifesto" and the design logo above).

16.     Plaintiff has filed several U.S. trademark applications seeking registration of the I AM OTHER mark for a variety of goods and services including, but not limited to, Class 3 cosmetics and perfumes (Serial No. 85/640,747); Class 9 musical sound recordings, DVDs, downloadable videos, software, sunglasses (Serial No. 85/640,753); Class 14 jewelry (Serial No. 85/640,758); Class 16 printed materials (Serial No. 85/640,768); Class 18 leather goods and bags (Serial No. 85/640,776); Class 25 clothing (Serial No. 85/640,784); Class 35 online retail store services, management of musical artists and the promotion of concerts (Serial No. 85/640,795); and Class 41 entertainment services, record and music production and distribution (Serial No. 85/640,797). Attached as Exhibit 2 are printouts from the USPTO website reflecting the current status of the pending I AM OTHER applications with their complete description of goods and services.

17.     The USPTO allowed Plaintiff's applications to proceed to publication without issuing any substantive refusals based on prior registrations or pending applications.

## DEFENDANTS' WILL.I.AM AND I AM MARKS

18.     Adams is a hip hop musician and member of the musical group *The Black Eyed Peas*. Upon information and belief, Adams adopted the WILL.I.AM trademark as a play on his given name, William.

19.     On February 6, 2009, Adams filed a trademark application to register the WILL.I.AM mark on the Supplemental Registry for Class 9 "series of pre-recorded phonograph records, CDs and audio cassettes featuring music; Series of pre-recorded video tapes and DVDs

featuring music videos and musical performances." The U.S. Patent and Trademark Office issued U.S. Supp. Reg. No. 3,678,106 for the WILL.I.AM mark on September 1, 2009.

      20.    The Supplemental Registry is reserved for nondistinctive marks that are capable of acquiring distinctiveness, but have not yet done so. A registration on the Supplemental Registry does not provide the same type of protections afforded to a registration on the Principal Registry such as the presumption of validity, ownership and the exclusive right to use the mark. According to the International Trademark Association, one reason to file on the Supplemental Registry is if "one is certain the USPTO will view its mark as descriptive."

      21.    Because the WILL.I.AM mark is on the Supplemental Registry, Adams does not automatically have the exclusive right to use the mark in connection with the identified Class 9 goods.

      22.    Defendants own two registrations on the Principal Registry:

| Mark | Reg. No. | Goods/Services |
| --- | --- | --- |
| WILL.I.AM | 3,707,981 | Class 41 entertainment services, namely, live musical performances by a male artist; and fashion designer |
| I AM | 2,433,688 | Class 25: Clothing, namely, hats, caps, socks, shirts, t-shirts, sweatshirts, tank tops, shorts, pants, sweatpants, jeans, footwear, namely, shoes, boots |

      23.    Defendants also own numerous applications for marks that include the I AM formative, most of which either the Examiner has refused on the grounds that the proposed marks are confusingly similar to prior registrations and applications or a third party has opposed the mark on the grounds of prior rights in a similar mark. Examples include:

| Mark | Serial No. | Goods/Services | Status |
| --- | --- | --- | --- |
| I AM | 85/044,495 | Class 9: various goods including cameras, sunglasses and musical sound recordings | Refused based on prior registration for the mark I AM |

| Mark | Serial No. | Goods/Services | Status |
|---|---|---|---|
| I AM | 85/044,496 | Class 14: jewelry, watches and sundials | Refused based on prior registration for the mark I AM |
| WILL.I.AM | 77/685,865 | Class 3: various goods including after shave lotions, after sun creams, after shave gels, and antiperspirants<br><br>Class 14: jewelry and watches<br><br>Class 18: bags<br><br>Class 25: clothing | Pending opposition based on prior registration for the mark WILLIAMS |
| I AM STEAM | 85/733,334 | Class 41: Education services | Refused based on two pending applications for the mark STEAM for Class 41 educational services |
| I AM PLUS | 85/788,915 | Class 9: various goods including cameras, software, music, flash drives, etc. | Refused based on several prior applications for the marks I AM and I.AM |
| I AM PLUS | 85/788,916 | Class 14: jewelry and watches | Refused based on prior registrations for the mark I AM |
| I AM PLUS | 85/788,917 | Class 18: bags, belts and pet accessories | Refused based on two pending applications for the I AM and I AM marks |
| I AM PLUS | 85/788,918 | Class 25: clothing | Refused based on prior registration for the I AM mark |
| I AM PLUS | 85/788,919 | Class 41: Education services and entertainment services | Refused based on pending application for the I AM mark |
| I AM+ | 85/788,923 | Class 14: jewelry | Refused based on prior registrations for the I AM mark |
| I AM+ | 85/788,924 | Class 18: bags, pet accessories and belts | Refused based on two pending applications for the I AM and I AM. marks |
| I AM+ | 85/788,925 | Class 25: clothing | Refused based on prior registration for the I AM mark |
| IAM+ & Design | 85/788,930 | Class 9: various goods including cameras, software, music, flash drives, etc. | Refused based on several prior applications for the marks I AM and I.AM |
| IAM+ & Design | 85/788,931 | Class 14: jewelry | Refused based on prior registrations for I AM marks |

24.     As reflected by the chart above, Defendants have very weak rights, if any, in the I AM formative.  Defendants have been unable to secure U.S. trademark registrations for over one dozen I AM formative marks, including the WILL.I.AM mark, because of prior registrations and applications owned by others.

25.     While Defendants have some additional pending applications for I AM formative marks, any registrations that may mature would give rise to narrowly construed trademark rights because of the proliferation of use of the I AM formative by third parties.  Likewise, the registrations that Defendants do own should be limited to the identified goods and, even then, should have a narrow scope of enforcement because of the extent of third party marks on the Registry that include the term I AM for related goods.

26.     For example, Defendants' trademark rights for the I AM mark for clothing, Reg. No. 2,433,688, are relatively weak because it co-exists with the following U.S. trademark registrations, all of which are for clothing:

- I AM LOVED, Reg. No. 1,195,267, registered in 1982, renewed in 2012

- I AM A MONSTER, Reg. No. 1,414,284, registered in 1986, renewed in 2006

- I AM AMERICAN, Reg. No. 2,356,484, registered in 2000, renewed in 2010

- I AM & Design, Reg. No. 3,819,155, registered on July 13, 2010

- I AM & Design, Reg. No. 4,199,049, registered on August 28, 2012

- BLACK I AM., Reg. No. 4,231,070, registered on October 23, 2012

- AS I AM, Reg. No. 4,145,201, registered on May 22, 2012

- I.AM.HER, Reg. No. 4,080,055, registered on January 3, 2012

- I AM A PROMISE, Reg. No. 2,355,393, registered in 2000, renewed in 2010

- I AM ART, Reg. No. 3,371,385, registered on January 22, 2008

- I AM INSPIRED, Reg. No. 3,350,928, registered on December 11, 2007

- I AM SOCCER, Reg. No. 3,541,607, registered on December 2, 2008

- TODAY I AM, Reg. No. 3,747,407, registered on February 9, 2010

- I AM RIGHT, Reg. No. 3,619,235, registered on May 12, 2009

27.    Many of the third party owners of these registrations commenced use of their respective I AM formative mark well-before Defendants' first use date.

28.    The registrations in Paragraph 26 above are just a few examples of the scores of third party registrations for I AM formative marks co-existing in Class 25 on the Principal Registry.  In view of these registrations, any rights Defendants may have in the wording "I AM" are limited.

29.    In addition to the numerous registrations on the Principal Registry, there are dozens of musicians that use the phrase "I AM" in the name of their musical group, albums, and concert tours, making Defendants' mark relatively weak within the entertainment industry.  For instance, in November 2008, American recording artist Beyoncé released her album *I Am... Sasha Fierce*, which sold over 3,100,000 albums in the United States alone and was certified 2x Platinum by the Recording Industry Association of America.  In March 2009, Beyoncé also commenced her concert tour called the *I Am... World Tour*, which visited North America, Europe, Asia, Africa and Australia with 108 shows in total.  Additionally, Beyoncé's music, concert tours, blog, charity, merchandise, and news are all promoted on the website <iam.beyonce.com>.

30.    Indeed, the phrase "I AM" is so pervasive in the music industry that it is non-distinctive when standing alone.  For example, a query for "I+am" on <allmusic.com> produces 146 artists that are using, or have used, the phrase I AM as the name of a musical group.  A

search on <artistdirect.com> generates additional results including: I.Am Willi, I Am Kloot, I Am The, I Am, Sam I Am, I am Arrows, I Am Band, I Am Empire, Therefore I Am, I Am Robot and Proud, I Am Ghost, I Am Oak, I Am War, I Am Virgin, I Am the Avalanche, I Am the Pilot, I Am Revenge, I Am Jen, I Am I See, I Am Sac, I Am The Branch, I Am The Heat, I Am 7, and I Am X. Thus, the I AM formative is diluted in the music industry, and Defendants cannot preclude others from using that phrase especially when it is used in conjunction with additional, distinctive words.

## DEFENDANTS' THREATS TO PLAINTIFF

31.     On December 4, 2012, counsel for Defendants sent a cease and desist letter to Plaintiff and claimed that Plaintiff's use of the I AM OTHER trademark in connection with its "social media venture ... is likely to cause visitors to [<iamother.com>] to believe that Mr. Adams is affiliated with the Website or has approved, licensed, or authorized the use of his intellectual property for these services." Attached as Exhibit 3 is a true and correct copy of the demand letter dated December 4, 2012 (the "December 4th Demand Letter").

32.     The December 4th Demand Letter outlined the various remedies purportedly available to Adams for Plaintiff's "unlawful acts" which "include, but are not limited to, his actual damages, statutory damages, [Plaintiff's] profits attributable to the unauthorized use of I AM trademark, attorneys' fees, increased damages, and a nationwide injunction against any further use of the trademark or any mark confusingly similar thereto." *See* Ex. 3 at pg. 2. The December 4th Demand Letter further stated that this list of remedies was "not intended to be a complete listing of Mr. Adams' rights, and he reserves the right to assert other claims not stated herein if necessary." *Id.*

33.     The December 4th Demand Letter commanded that Plaintiff immediately: (1)

expressly abandon its trademark applications; (2) not use the mark I AM or any similar mark for any products or services; (3) transfer ownership of the <iamother.com> domain to Adams; and (4) provide an accounting of sales and revenues. *Id.* at 3. The December 4th Demand Letter further stated that Adams would consider all available remedies, including litigation. *Id.*

34.     On December 12, 2012, Plaintiff responded to the December 4th Demand Letter and set forth its position as to why the I AM OTHER mark is not confusingly similar to the WILL.I.AM mark. Attached as Exhibit 4 is a true and correct copy of the December 12, 2012 response (the "December 12th Response"). The December 12th Response noted that the marks are distinguishable in sight, sound, meaning and commercial impression. The WILL formative is the dominant feature of Defendants' mark both visually and phonetically -- a letter string that is not included in Plaintiff's mark. Moreover, the marks have entirely different meanings. The December 12th Response suggested that Adams' mark is a play on his given name. The WILL.I.AM mark means "I am Will," and it is suggestive of Dr. Seuss's famous lines from *Green Eggs and Ham*:

> Sam I am
> I am Sam
> I am Sam
> Sam I am

In contrast, the I AM OTHER mark means "I am something else," leaving what that "else" is to the imagination of the consumer. It certainly does not mean "I am Will" or in any way suggest Defendants or the WILL.I.AM mark. The inclusion of the respective terms "WILL" and "OTHER," as well as the location of "I AM" in each mark, evoke considerably different commercial impressions making consumer confusion unlikely.

35.     With respect to the I AM mark, the December 12th Response pointed out that the arguments which Defendants had made to attempt to overcome an office action refusal were

equally applicable to the circumstances here.[1]  In particular, the I AM OTHER mark is used in association with Pharrell Williams' celebrity persona.  Certainly, the fans of Adams know that the celebrities are two different entertainers.  As noted in Defendants' office action response, "consumers of perfume, particularly high-end perfumes … are highly sophisticated and very particular about the source of perfume."  Attached as Exhibit 5 is a true and correct copy of the office action response filed by Plaintiff ("Office Action Response").  Also, as stated in the Office Action Response, "there are currently more than 30 co-existing registered marks in Class 3 that feature the words I AM."  *See* Ex. 5, at Ex. B.  The Office Action Response astutely continued "[s]uch third party marks suggest that consumers of cosmetics and perfume related goods are accustomed to differentiating among many marks that use the words I AM – in particular, marks that use I AM as part of a longer phrase in the same manner as Registrant."  *See* Ex. 5.

36.     On December 28, 2012, the Defendants sent a follow-up demand letter asserting that the I AM OTHER mark infringed their purported "family of marks."  Attached as Exhibit 6 is a true and correct copy of the December 28, 2012 letter (the "December 28th Demand Letter").  Defendants further stated that there is a likelihood that consumers would believe that Williams is associated with Adams through use of the I AM OTHER mark, quoting extensively Section 15 U.S.C. § 1125(a)(1) of the Lanham Act.  Defendants repeated its demand that Plaintiff cease all use of the I AM OTHER mark.

37.     On January 15, 2013, Plaintiff replied to the December 28th Demand Letter by providing detailed analysis demonstrating that Defendants cannot meet the legal standard to assert ownership of a "family of marks."  Attached as Exhibit 7 is a true and correct copy of the January 15, 2013 letter (the "January 15th Response").  With respect to the "association" claim,

---

[1] To date, Defendants have been unable to overcome the office action.  The trademark examining attorney has refused registration of the I AM mark for use in connection with perfumes based on a prior registration for I AM.

the January 15th Response pointed out that because the parties are both well-known artists, consumer confusion is not likely.  The marks are marketed and promoted in close association with their respective celebrity personas.  As the Office Action Response stated, the marks create different commercial impressions in the marketplace when the respective owners and goods are considered.  Moreover, the marks appear differently in commerce.  Defendants' marks include periods between the "i" and "am" – i.am – Plaintiff's marks do not.  In addition, use of the terms I AM in Defendants' design mark is in stark contrast to use of the words by Plaintiff:

                              

       Plaintiff's design mark                    Defendants' design mark

     38.     In May 2013, Defendants opposed Plaintiff's pending applications for the I AM OTHER mark.

     39.     The actions by Defendants, demanding that Plaintiff cease all use of the I AM OTHER mark and abandon all pending federal applications, suggesting that it will sue Plaintiff or take steps to impede its ability to continue its use of the I AM OTHER mark, and its filing of the notices of opposition to prevent registration of the I AM OTHER mark, have created a concrete dispute between the parties regarding Plaintiff's right to use and register the I AM OTHER mark that warrants resolution by declaratory judgment.

     40.     Here, declaratory relief will serve the useful purpose of clarifying and settling the legal rights between the parties with respect to Plaintiff's use of the I AM OTHER trademark. The interest in prompt adjudication far outweighs the value of waiting potentially years for the

views of the USPTO.  Plaintiff is entitled to have this infringement issue resolved promptly so that it may conduct its business affairs in accordance with the court's determination of its rights.

     41.     Defendants have threatened to pursue all remedies available under the law to enjoin Plaintiff from using the I AM OTHER mark in connection with its goods and services. Under the circumstances, a controversy of sufficient immediacy and reality exists to warrant the issuance of a declaratory judgment.

     42.     For these reasons, an actual and justiciable controversy exists between the parties regarding whether Plaintiff is infringing Defendants' alleged trademark rights.

     43.     Plaintiff has invested substantial time, money and resources in developing its <iamother.com> website and I AM OTHER YouTube channel.  Through these extensive efforts, Plaintiff has developed significant goodwill in its I AM OTHER trademark.  Plaintiff's right to use its trademark is now clouded as a result of Defendants' actions.  Defendants' allegations will continue to impede and interfere with Plaintiff's legitimate business interests and objectives, thereby constituting actual harm and injury to Plaintiff.

### FIRST CLAIM FOR RELIEF
### Declaration of Non-Infringement
### Under 15 U.S.C. § 1114

     44.     Plaintiff repeats and re-alleges the allegations in Paragraphs 1 through 43 above as if fully set forth herein.

     45.     Plaintiff's use of the I AM OTHER mark does not infringe, and at all times has not infringed, any existing and valid U.S. trademark registration owned by Defendants under the Lanham Act, 15 U.S.C. § 1114.

**SECOND CLAIM FOR RELIEF**
**Declaration that Plaintiff Is Not Unfairly Competing**
**Under 15 U.S.C. § 1125(a)**

46.     Plaintiff repeats and re-alleges the allegations in Paragraphs 1 through 43 above as if fully set forth herein.

47.     Plaintiff's use of the I AM OTHER mark does not infringe, and at all times has not infringed, any existing and valid trademarks owned by Defendants through common law use.

48.     Plaintiff's use of the I AM OTHER mark is not likely to cause, and has not caused, confusion, mistake or deception as to the affiliation, connection or association of Adams with the I AM OTHER goods and services or as to the origin, sponsorship or approval of the I AM OTHER goods and services by Adams under the Lanham Act, Section 15 U.S.C. § 1125(a).

**THIRD CLAIM FOR RELIEF**
**Declaration of Non-Dilution**
**Under 15 U.S.C. §1125(c)**

49.     Plaintiff repeats and re-alleges the allegations in Paragraphs 1 through 43 above as if fully set forth herein.

50.     Defendants' trademarks are not famous within the meaning of 15 U.S.C. §1125(c)(1) and have not been famous prior to Plaintiff's use of the I AM OTHER mark.

51.     Plaintiff's use of the I AM OTHER mark on and in connection with its goods and services does not, and is not likely to, dilute the strength and distinctive quality of Plaintiff's trademarks under 15 U.S.C. §1125(c).

52.     Plaintiff's use of the I AM OTHER mark on and in connection with its goods and services does not, and has not, lessened the capacity of Defendants' trademarks to identify and distinguish Defendants' goods and services under 15 U.S.C. §1125(c).

## FOURTH CLAIM FOR RELIEF
### Declaration of Non-Infringement
### Under Common Law

53.     Plaintiff repeats and re-alleges the allegations in Paragraphs 1 through 43 above as if fully set forth herein.

54.     Plaintiff's use of the I AM OTHER mark does not infringe, and at all times has not infringed, any existing and valid trademarks owned by Defendants through common law use.

## PRAYER FOR RELIEF

FOR THESE REASONS, Plaintiff prays for judgment in its favor and against Defendants as follows:

A.     That the Court declare that Plaintiff's use of its I AM OTHER mark does not infringe any existing and valid trademark right of Defendants under the Lanham Act, 15 U.S.C. § 1114.

B.     That the Court declare that Plaintiff's use of its I AM OTHER mark does not infringe any existing and valid common law trademark right of Defendants under the Lanham Act, 15 U.S.C. §1125(a).

C.     That the Court declare that Plaintiff's use of the I AM OTHER mark is not likely to cause, and has not caused, confusion, mistake or deception as to the affiliation, connection or association of Adams with the I AM OTHER goods and services or as to the origin, sponsorship or approval of the I AM OTHER goods and services by Adams under the Lanham Act, Section 15 U.S.C. §1125(a).

D.     That the Court declare that Plaintiff's use of the I AM OTHER mark on and in connection with its goods and services is not likely to, and has not, diluted the strength and distinctive quality of Defendants' trademarks under 15 U.S.C. §1125(c).

E.      That the Court declare that Plaintiff's use of the I AM OTHER mark on and in connection with its goods and services is not likely to, and has not, lessened the capacity of Defendants' trademarks to identify and distinguish Defendants' goods and services under 15 U.S.C. §1125(c).

F.      That the Court declare that Defendants' have no basis to oppose Plaintiff's pending U.S. trademark applications for the I AM OTHER mark because the mark is not confusingly similar to Defendants' trademarks, there is no false association with Adams, and there is no likelihood of dilution of Defendants' trademarks.

G.      That the Court order that Defendants, their directors, officers, employees, servants, attorneys, agents, representatives, distributors, licensees, and all persons in active concert or participation with them, be enjoined and permanently restrained from interfering with Plaintiff's use and registration of the I AM OTHER trademark, including in its domain name, and from opposing, seeking to cancel, or otherwise objecting to any federal registration and applications to the I AM OTHER trademark or any of Plaintiff's domain names that may include the words "I am other."

H.      That Plaintiff be awarded its reasonable attorneys' fees and costs.

I.      That Plaintiff be granted such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         July 1, 2013

                              Respectfully submitted,

                              PRYOR CASHMAN LLP

                              By: _____
                                  Brad D. Rose (BR-2740)
                                  Dyan Finguerra-DuCharme (DF-9228)
                                  7 Times Square
                                  New York, New York 10036
                                  (212) 421-4100
                                  brose@pryorcashman.com
                                  dfinguerra@pryorcashman.com

                              *Attorneys for Plaintiff i am OTHER Entertainment, LLC*

# EXHIBIT 1

# i am OTHER™

**HOME (/)** · **MANIFESTO (/MANIFESTO)** · **ARTISTS (/ARTISTS)** · **SHOWS (/SHOWS)**
**ABOUT (/ABOUT)**

CONNECT:

🔊 **RSS (HTTP://IAMOTHER.COM/R**
🕒 **ARCHIVE (/ARCHIVE)**
⤬ **RANDOM (/RANDOM)**

NEWSLETTER

NAME:

E-MAIL ADDRESS:

SUBSCRIBE

**Pharrell Williams** - *Happy (Despicable Me 2 - Lyric Video)*

Pharrell Williams performs the song "Happy" from the movie Despicable Me 2.

Download the Despicable Me 2 Official Soundtrack on iTunes: http://bit.ly/DM2iTunes (http://bit.ly/DM2iTunes)

© 2013 Universal Pictures

TAGS  Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

Happy (http://iamother.com/tagged/Happy)

Despicable Me 2 (http://iamother.com/tagged/Despicable-Me-2)

Despicable Me (http://iamother.com/tagged/Despicable-Me)  Songs (http://iamother.com/tagged/Songs)

Soundtrack (http://iamother.com/tagged/Soundtrack)  Minions (http://iamother.com/tagged/Minions)

lyrics (http://iamother.com/tagged/lyrics)  music (http://iamother.com/tagged/music)

iamOTHER (http://iamother.com/tagged/iamOTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)

DONATE

Donate to From One Hand To Another
(http://fohta.org/) and help change the
world one kid at a time.

Donate

Learn more about FOHTA →
(http://fohta.org/donate/)

Follow @i_am_OTHER  37.8K fo

🕒 **1 DAY AGO (HTTP://IAMOTHER.COM/POST/53398296258/PHARRELL-WILLIAMS-HAPPY-DESPICABLE-ME-2-LYRIC)**

❤ **28 NOTES (HTTP://IAMOTHER.COM/POST/53398296258/PHARRELL-WILLIAMS-HAPPY-DESPICABLE-ME-2-LYRIC#NOTES)**

✉ **SHARE THIS (HTTP://TMBLR.CO/ZWLDRVNKOLR2)**

## Despicable Me 2

iTunes Movie Trailers        Watch in HD        In Theaters 7/3/13        Explore the Gallery        Tickets

Play

©2013 Universal Pictures                                                              Details

***Despicable Me 2*** - Songs of Pharrell Williams

Pharrell talks about the making of the Despicable Me 2 soundtrack and the inspiration behind the songs like "Happy" and "Just A Cloud Away" in this iTunes Exclusive featurette.

Get the Despicable Me 2 Original Soundtrack on iTunes here: http://bit.ly/17YaDtI (http://bit.ly/17YaDtI)

TAGS   Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

iamOTHER (http://iamother.com/tagged/iamOTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)

Despicable Me 2 (http://iamother.com/tagged/Despicable-Me-2)

happy (http://iamother.com/tagged/happy)

just a cloud away (http://iamother.com/tagged/just-a-cloud-away)

soundtrack (http://iamother.com/tagged/soundtrack)   iTunes (http://iamother.com/tagged/iTunes)

music (http://iamother.com/tagged/music)   movie (http://iamother.com/tagged/movie)

🕑 2 DAYS AGO (HTTP://IAMOTHER.COM/POST/53303858261/DESPICABLE-ME-2-SONGS-OF-PHARRELL-WILLIAMS)

♥ 30 NOTES (HTTP://IAMOTHER.COM/POST/53303858261/DESPICABLE-ME-2-SONGS-OF-PHARRELL-WILLIAMS#NOTES)

↪ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVNFASHL)

***BBC Celebrates A Decade*** - Pharrell

It's been 10 years already? Pharrell takes the time to personally thank the BBC ICECREAM fans for all of their support over the years. Join us in celebrating by uploading your BBC images with hashtag #BBCDECADE to join in the conversation. For more information on BBC ICECREAM visit  (http://www.bbcicecream.com/)http://www.BBCICECREAM.com (http://www.BBCICECREAM.com).

Subscribe to i am OTHER on YouTube to stay updated on our releases:  (http://bit.ly/IAO_subscribe)http://bit.ly/IAO_subscribe (http://bit.ly/IAO_subscribe)

TAGS   Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

i am OTHER (http://iamother.com/tagged/i-am-OTHER)

iamother.com (http://iamother.com/tagged/iamother)

BBC Ice Cream (http://iamother.com/tagged/BBC-Ice-Cream)

bbcdecade (http://iamother.com/tagged/bbcdecade)

Billionaire Boys Club (http://iamother.com/tagged/Billionaire-Boys-Club)

bbcicecream.com (http://iamother.com/tagged/bbcicecream.com)

fashion (http://iamother.com/tagged/fashion)  style (http://iamother.com/tagged/style)

anniversary (http://iamother.com/tagged/anniversary)

🕐 1 WEEK AGO (HTTP://IAMOTHER.COM/POST/52407972780/BBC-CELEBRATES-A-DECADE-PHARRELL-ITS-BEEN-10)

♥ 43 NOTES (HTTP://IAMOTHER.COM/POST/52407972780/BBC-CELEBRATES-A-DECADE-PHARRELL-ITS-BEEN-10#NOTES)

↪ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVMPMZEI)

***Style Hunt*** - Brixton, London

This week, Style Hunt travels to Brixton, London - that rare kind of neighborhood where you can find a Great Gatsby-referencing dandy, a 1970s style sewist and green-and-gold wearing rastafarian on the same block. Created by Metro International's style director Kenya Hunt, presented by ModMods.com (http://www.modmods.com/).

Tune in for more Style Hunt: http://bit.ly/style_hunt (http://bit.ly/style_hunt)

TAGS   Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

i am other (http://iamother.com/tagged/i-am-other)

iamother.com (http://iamother.com/tagged/iamother.com)  fashion (http://iamother.com/tagged/fashion)

style hunt (http://iamother.com/tagged/style-hunt)  kenya hunt (http://iamother.com/tagged/kenya-hunt)

the great gatsby (http://iamother.com/tagged/the-great-gatsby)

modmods.com (http://iamother.com/tagged/modmods.com)  brixton (http://iamother.com/tagged/brixton)

london (http://iamother.com/tagged/london)  rastafari (http://iamother.com/tagged/rastafari)

mod mods (http://iamother.com/tagged/mod-mods)

○ 2 WEEKS AGO (HTTP://IAMOTHER.COM/POST/52315548446/STYLE-HUNT-BRIXTON-LONDON-THIS-WEEK-STYLE)

♥ 25 NOTES (HTTP://IAMOTHER.COM/POST/52315548446/STYLE-HUNT-BRIXTON-LONDON-THIS-WEEK-STYLE#NOTES)

↪ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVMKF_IU)

**Style Hunt** - Harlem Swag with Ryan Hall

Does Harlem own swag? Find out in our latest episode of Style Hunt, where we travel to New York's 125th Street to see what people are wearing on the street. Hosted by "Stereotypes" frontman Ryan Hall, who calls uptown home. Created by Metro International's style director Kenya Hunt, presented by ModMods.com (http://www.modmods.com/).

Watch more Style Hunt here:  (http://bit.ly/style_hunt)http://bit.ly/style_hunt (http://bit.ly/style_hunt)

TAGS  Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

i am OTHER (http://iamother.com/tagged/i-am-OTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)

style hunt (http://iamother.com/tagged/style-hunt)  fashion (http://iamother.com/tagged/fashion)

swag (http://iamother.com/tagged/swag)  harlem (http://iamother.com/tagged/harlem)

style (http://iamother.com/tagged/style)  kenya hunt (http://iamother.com/tagged/kenya-hunt)

ryan hall (http://iamother.com/tagged/ryan-hall)  new york (http://iamother.com/tagged/new-york)

streetwear (http://iamother.com/tagged/streetwear)  mod mods (http://iamother.com/tagged/mod-mods)

modmods.com (http://iamother.com/tagged/modmods.com)

🕐 4 WEEKS AGO (HTTP://IAMOTHER.COM/POST/51174368822/STYLE-HUNT-HARLEM-SWAG-WITH-
RYAN-HALL-DOES)

❤ 18 NOTES (HTTP://IAMOTHER.COM/POST/51174368822/STYLE-HUNT-HARLEM-SWAG-WITH-RYAN-HALL-
DOES#NOTES)

📷 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVLGEKOS)

**Creative Growth** - The Painter by John Hiltunen

John Hiltunen is best known for his humorous collages of animal-human hybrids in settings that cleverly juxtapose
high-brow fashion with the animal kingdom in an intentionally tongue-in-cheek manner. John is an artist at
Oakland's Creative Growth Art Center, the world's first non-profit art studio for adults with developmental
disabilities.

The Creative Growth series was created by Cheryl Dunn and brought to you in conjunction with
ALLDAYEVERYDAY and i am OTHER. For more information about Creative Growth visit:
[http://creativegrowth.org/]http://creativegrowth.org [http://creativegrowth.org]

TAGS  Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

iamOTHER (http://iamother.com/tagged/iamOTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)

Creative Growth (http://iamother.com/tagged/Creative-Growth)   art (http://iamother.com/tagged/art)

John Hiltunen (http://iamother.com/tagged/John-Hiltunen)

ALLDAYEVERYDAY (http://iamother.com/tagged/ALLDAYEVERYDAY)

Oakland (http://iamother.com/tagged/Oakland)   artist (http://iamother.com/tagged/artist)

painter (http://iamother.com/tagged/painter)   i am OTHER (http://iamother.com/tagged/i-am-OTHER)

video (http://iamother.com/tagged/video)   creativity (http://iamother.com/tagged/creativity)

animation (http://iamother.com/tagged/animation)   claymation (http://iamother.com/tagged/claymation)

🕐 1 MONTH AGO (HTTP://IAMOTHER.COM/POST/49869310725/CREATIVE-GROWTH-THE-PAINTER-BY-JOHN-
HILTUNEN)

❤ 0 NOTES (HTTP://IAMOTHER.COM/POST/49869310725/CREATIVE-GROWTH-THE-PAINTER-BY-JOHN-
HILTUNEN#NOTES)

📷 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVKSSKI5)

***Creative Growth*** - "I'll Show You How Strong I Am" by Alexandra Bell

Alexandra Bell is an artist at Oakland's Creative Growth Art Center, the world's first non-profit art studio for adults with developmental disabilities.

The Creative Growth series was created by Cheryl Dunn and brought to you in conjunction with ALLDAYEVERYDAY and i am OTHER.

For more information about Creative Growth visit: (http://creativegrowth.org/)http://creativegrowth.org (http://creativegrowth.org)

TAGS   Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

iamOTHER (http://iamother.com/tagged/iamOTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)   art (http://iamother.com/tagged/art)

Creative Growth (http://iamother.com/tagged/Creative-Growth)

Alexandra Bell (http://iamother.com/tagged/Alexandra-Bell)

ALLDAYEVERYDAY (http://iamother.com/tagged/ALLDAYEVERYDAY)

Oakland (http://iamother.com/tagged/Oakland)   artist (http://iamother.com/tagged/artist)

painter (http://iamother.com/tagged/painter)   i am OTHER (http://iamother.com/tagged/i-am-OTHER)

video (http://iamother.com/tagged/video)   creativity (http://iamother.com/tagged/creativity)

animation (http://iamother.com/tagged/animation)   claymation (http://iamother.com/tagged/claymation)

---

🕐 1 MONTH AGO (HTTP://IAMOTHER.COM/POST/49869533324/CREATIVE-GROWTH-ILL-SHOW-YOU-HOW-STRONG-I-AM)

♥ 0 NOTES (HTTP://IAMOTHER.COM/POST/49869533324/CREATIVE-GROWTH-ILL-SHOW-YOU-HOW-STRONG-I-AM#NOTES)

🔁 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVKSTB2C)

*Creative Growth* - Emotion Pictures by Edward Walters

Edward Walters is an artist at Oakland's Creative Growth Art Center, the world's first non-profit art studio for adults with developmental disabilities.

The Creative Growth series was created by Cheryl Dunn and brought to you in conjunction with ALLDAYEVERYDAY and i am OTHER. For more information about Creative Growth visit: (http://creativegrowth.org/)http://creativegrowth.org (http://creativegrowth.org)

TAGS  Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

iamOTHER (http://iamother.com/tagged/iamOTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)  art (http://iamother.com/tagged/art)

Creative Growth (http://iamother.com/tagged/Creative-Growth)

Edward Walters (http://iamother.com/tagged/Edward-Walters)

cheryl dunn (http://iamother.com/tagged/cheryl-dunn)

ALLDAYEVERYDAY (http://iamother.com/tagged/ALLDAYEVERYDAY)

Oakland (http://iamother.com/tagged/Oakland)  artist (http://iamother.com/tagged/artist)

painter (http://iamother.com/tagged/painter)  i am OTHER (http://iamother.com/tagged/i-am-OTHER)

video (http://iamother.com/tagged/video)  creativity (http://iamother.com/tagged/creativity)

animation (http://iamother.com/tagged/animation)  claymation (http://iamother.com/tagged/claymation)

🕐 1 MONTH AGO (HTTP://IAMOTHER.COM/POST/49870288547/CREATIVE-GROWTH-EMOTION-PICTURES-BY-EDWARD)

❤ 0 NOTES (HTTP://IAMOTHER.COM/POST/49870288547/CREATIVE-GROWTH-EMOTION-PICTURES-BY-EDWARD#NOTES)

↪ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVKSW3QZ)

*Creative Growth* - William Scott: Peace Worlds

William Scott is a beloved artist at Oakland's Creative Growth Art Center. He is known for his highly stylized portraits of black America, Baptist undertones, Barack Obama, and most notably "Praise Frisco," in which he meticulously re-builds his native San Francisco into a new and wholesome utopian city. Scott has shown work at White Columns, Gavin Brown's enterprise, and the Armory Show in New York as well as the NADA Art Fair during Art Basel in Miami.

For more information about Creative Growth visit http://creativegrowth.org (http://creativegrowth.org)

TAGS   Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

iamOTHER (http://iamother.com/tagged/iamOTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)

Creative Growth (http://iamother.com/tagged/Creative-Growth)

ALLDAYEVERYDAY (http://iamother.com/tagged/ALLDAYEVERYDAY)

Oakland (http://iamother.com/tagged/Oakland)  artist (http://iamother.com/tagged/artist)

painter (http://iamother.com/tagged/painter)  i am OTHER (http://iamother.com/tagged/i-am-OTHER)

video (http://iamother.com/tagged/video)  creativity (http://iamother.com/tagged/creativity)

interview (http://iamother.com/tagged/interview)

🕐 1 MONTH AGO (HTTP://IAMOTHER.COM/POST/49867711493/CREATIVE-GROWTH-WILLIAM-SCOTT-PEACE-
WORLDS)

❤ 0 NOTES (HTTP://IAMOTHER.COM/POST/49867711493/CREATIVE-GROWTH-WILLIAM-SCOTT-PEACE-
WORLDS#NOTES)

↪ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVKSMEG5)

**Creative Growth** - Merritt Wallace - Time Door

Creative Growth artist Merritt Wallace creates colorful cityscapes, game boards, and idiosyncratic mazes into cohesive matrixes. Despite his developmental disability, Wallace finds that creating these fantasy worlds to be soothing.

For more information about Creative Growth visit:   (http://creativegrowth.org/)http://creativegrowth.org (http://creativegrowth.org)

TAGS   Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

iamOTHER (http://iamother.com/tagged/iamOTHER)

iamOTHER.com (http://iamother.com/tagged/iamOTHER.com)

Creative Growth (http://iamother.com/tagged/Creative-Growth)

Merritt Wallace (http://iamother.com/tagged/Merritt-Wallace)   art (http://iamother.com/tagged/art)

Time Door (http://iamother.com/tagged/Time-Door)

ALLDAYEVERYDAY (http://iamother.com/tagged/ALLDAYEVERYDAY)

Oakland (http://iamother.com/tagged/Oakland)   artist (http://iamother.com/tagged/artist)

painter (http://iamother.com/tagged/painter)   i am OTHER (http://iamother.com/tagged/i-am-OTHER)

video (http://iamother.com/tagged/video)   creativity (http://iamother.com/tagged/creativity)

interview (http://iamother.com/tagged/interview)

---

🕑 1 MONTH AGO (HTTP://IAMOTHER.COM/POST/49868048848/CREATIVE-GROWTH-MERRITT-WALLACE-
TIME-DOOR)

♥ 0 NOTES (HTTP://IAMOTHER.COM/POST/49868048848/CREATIVE-GROWTH-MERRITT-WALLACE-
TIME-DOOR#NOTES)

⤴ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVKSNWDG)

**PREVIOUS PAGE** ·   NEXT PAGE (/PAGE/2)          *Page 1 of 22*

©2013 i am OTHER entertainment, LLC. All Rights Reserved. Site by Fishbucket (http://www.fishbucket.com)



**HOME (/)** · **MANIFESTO (/MANIFESTO)** · **ARTISTS (/ARTISTS)** · **SHOWS (/SHOWS)** · **ABOUT (/ABOUT)**

## MANIFESTO

**i am OTHER**

By Pharrell Williams

I serve and represent the **OTHERS** because i am one myself.

**OTHERS** defy expectations and stereotypes. We are curious, ambitious, energetic and have every intention of squeezing the most out of life. Above all, we are individuals.

**OTHERS** don't fit into categories. We are not jocks. Or skaters. Or musicians. Or students. Or technologists. Or audiophiles. We want to be all of the above and then some.

**OTHERS** are a diverse group of optimistic, bright minds connected by technology and a desire to make our mark, who together can advance culture and even humanity.

**OTHERS** are not defined by demographics or geography. We have shared ideals, dreams and a vision for a new reality.

**OTHERS** believe individuality is the new wealth. Experiences are the new assets to acquire. Whoever is the most individual wins.

**i am OTHER** celebrates people who push society forward. The thinkers. The innovators. The outcasts. History has proven that it's the rule breakers who have the power to change the world.

Be **OTHER**.

### CONNECT:

🔊 **RSS (HTTP://IAMOTHER.COM/R**
🕑 **ARCHIVE (/ARCHIVE)**
⤬ **RANDOM (/RANDOM)**

### NEWSLETTER

**NAME:**

**E-MAIL ADDRESS:**

**SUBSCRIBE**

### DONATE

Donate to *From One Hand To Another* [http://fohta.org/] and help change the world one kid at a time.

*Donate*

*Learn more about FOHTA →* [http://fohta.org/donate/]

Follow @i_am_OTHER   37.8K fo

©2013 i am OTHER entertainment, LLC. All Rights Reserved. Site by *Fishbucket* [http://www.fishbucket.com]



**HOME (/)** · **MANIFESTO (/MANIFESTO)** · **ARTISTS (/ARTISTS)** · **SHOWS (/SHOWS)** · **ABOUT (/ABOUT)**

## ARTISTS

When it comes to music, **i am OTHER** artists don't fit neatly into a box. They were all hand-picked by Pharrell Williams for their talent, creative instincts and willingness to break barriers.

### Alyssa Bernal

Every now and then, a new artist comes along who seems to effortlessly capture the imagination. Singer/musician Alyssa Bernal, a relatable girl with an unforgettable voice, is just that artist. Alyssa was your everyday American teenager, busy with classes and cheerleading practice, when her heartfelt, acoustic YouTube clips caught the eye of Pharrell Williams. Raised in a music-steeped household in San Antonio, Texas, Alyssa taught herself how to play guitar. Currently, she's in the studio with Pharrell cooking up a new brand of playful pop music that's both edgy and sweet.

alyssabernal.com (http://www.alyssabernal.com)

### Buddy

Buddy (born Simmie Sims) is a rapper from Compton, California with personality for days. Battling it out in the LA entertainment scene at industry showcases since he was a child, he eventually caught the attention of Pharrell Williams after an introduction by his co-manager Scott Vener (former music director of Entourage). Buddy's debut track "Awesome Awesome," produced by the Neptunes, is full of stomping beats and slick word play and reflects his fresh approach to hip hop. He's already recorded collaborations with Snoop Dogg and Kendrick Lamar ("Staircases") and is completing his mixtape, *Idle Time.*

officialbuddy.com (http://officialbuddy.com/)

### Leah LaBelle

Born in Canada, but raised in Seattle, Leah LaBelle is the child of immigrants who escaped then communist Bulgaria. Although Leah's parents were pop stars in their country, they gave it all up to pursue a better life in America. Now Leah is LA Reid's newest signing at Epic Records and both Pharrell Williams and Jermaine Dupri are

CONNECT:

≫ RSS (HTTP://IAMOTHER.COM/R
⏲ ARCHIVE (/ARCHIVE)
⤨ RANDOM (/RANDOM)

NEWSLETTER

NAME:

E-MAIL ADDRESS:

**SUBSCRIBE**

DONATE

Donate to From One Hand To Another (http://fohta.org/) and help change the world one kid at a time.

**Donate**

Learn more about FOHTA → (http://fohta.org/donate/)

Follow @i_am_OTHER   37.8K fo

Executive Producers on her forthcoming album later this year. Her music is a return to classic R&B with a modern, pop twist—fun grooves and incredible melodies. Her debut single, "Sexify," produced by Pharrell, is like girl talk between friends on how to keep your man happy and satisfied.

leahlabelle.com (http://www.leahlabelle.com)



### Maxine Ashley

Bronx-born Maxine Ashley is a sassy misfit with one helluva voice. She eschews convention, sometimes wears her hair half fluorescent pink, half brunette, loves the Smiths as much as Beyoncé, and has trouble keeping her big mouth shut. Discovered by Pharrell Williams on YouTube, Maxine is busy honing her international sound—an eclectic mix of pop, dance, and R&B that would be equally at home on the streets of the Bronx, London or Tokyo. Maxine likes to call it "grimy melodic pop." Her song "Cookieman," produced by Pharrell, is the soundtrack for Lanvin's Spring/Summer 2012 advertising campaign shot by Steven Meisel.

maxineashley.com (http://www.maxineashley.com)

©2013 i am OTHER entertainment, LLC. All Rights Reserved. Site by Fishbucket (http://www.fishbucket.com)

# i am OTHER™

**HOME (/)** · **MANIFESTO (/MANIFESTO)** · **ARTISTS (/ARTISTS)** · **SHOWS (/SHOWS)** · **ABOUT (/ABOUT)**

## SHOWS

Check out i am OTHER's premium YouTube channel (http://www.youtube.com/iamOTHER) about Thinkers, Innovators, and Outcasts. By celebrating creative pursuits of all kinds, we showcase the architects of global culture, music, fashion, and the arts.



### Awkward Black Girl

*Awkward Black Girl* (http://www.youtube.com /playlist?list=PL9A1B63A1A44E95FD&feature=plcp) is the brainchild of Issa Rae, a Stanford graduate who created the scripted comedy to test her theory that "we're all awkward." The quirky episode scenarios expand beyond African-American themes and include a wink to intimate awkward moments of all cultures worldwide. We're all awkward in our own way; it's natural.



### Nardwuar

Vancouver-based *Nardwuar the Human Serviette* (http://www.youtube.com/playlist?list=PL2ADFA655C2FBAF96& feature=plcp), one of the most fascinating and well-respected voices in media today, brings his unique style of music journalism to the channel with exclusive interviews. He's gained the highest level of acclaim for his extensive research and his interview questions always take celebrities by surprise.

### Stereotypes

Ever wonder what people are listening to on their headphones? Created and directed by artist/filmmaker RAE, *StereoTypes* (http://www.youtube.com/playlist?list=PL17F6565D16208B465& feature=plcp) tests assumptions about musical tastes based on physical appearance. With man on the street interviews in NYC by host Ryan Hall, the show hits various neighborhoods to discover how bias plays into preconceived notions of fellow New Yorkers.

### Club Chrissie

*Club Chrissie (http://bit.ly/OOcXJU)* is a DIY fashion show that

---

CONNECT:

🔊 RSS (HTTP://IAMOTHER.COM/R
🕐 ARCHIVE (/ARCHIVE)
⤧ RANDOM (/RANDOM)

NEWSLETTER

NAME:

E-MAIL ADDRESS:

SUBSCRIBE

DONATE

Donate to From One Hand To Another (http://fohta.org/) and help change the world one kid at a time.

Donate

Learn more about FOHTA → (http://fohta.org/donate/)



Follow @i_am_OTHER   37.8K fo




brings together designer Chrissie Miller's eclectic group of friends from all walks of life and creative backgrounds. Join designers, artists, musicians and more in Chrissie's downtown NYC clubhouse.

## Voice of Art



Spurred by the social awakening we're experiencing around the world, *Voice of Art* (http://www.youtube.com /playlist?list=PL0523E0B4ECC1729B&feature=plcp) follows artists as they execute their own brand of activism by shining a light on their chosen social issue. Through carefully crafted events (concert, exhibition, or demonstration), these artists execute awareness campaigns to engage viewers in a global dialogue. The docu-style series is directed by ZS Grant.

## OTHERS by Hypebeast



*OTHERS by Hypebeast* (http://www.youtube.com /playlist?list=PL3763417392B22279B&feature=plcp) blends the OTHER philosophy with the global media platform Hypebeast.com (http://hypebeast.com/) and its contributions to today's lifestyle and fashion landscape. The show features a range of tastemakers and influencers in various fields including fashion, film, and technology. The show celebrates the visionaries who work outside mainstream formulas and break barriers in their respective fields.

## The BGR Show



*The BGR Show* (http://www.youtube.com /playlist?list=PL0C9F01227564C672&feature=plcp) is a weekly conversation hosted by tech guru Jonathan Geller, respected for his acclaimed website, bgr.com (http://bgr.com/). It's our secret weapon for informing the i am OTHER community on the latest tech news. Geller will highlight new and noteworthy developments in technology from an insider's perspective.

## Pharrell



If you're interested in the world of Pharrell (http://www.youtube.com/playlist?list=PLA683A37BE06FC64F& feature=plcp), don't miss these short clips from i am OTHER's President. Everything from his favorite snacks to fashion must-haves—it's a side of Pharrell you rarely get to see.

©2013 i am OTHER entertainment, LLC. All Rights Reserved. Site by Fishbucket (http://www.fishbucket.com)

6/20/2013 7:54 PM



**HOME (/)** · **MANIFESTO (/MANIFESTO)** · **ARTISTS (/ARTISTS)** · **SHOWS (/SHOWS)** **ABOUT (/ABOUT)**

## ABOUT

**i am OTHER**, created by Pharrell Williams, is a creative venture and way of life. We are proud to be different and believe that individuality is the new wealth. This shared philosophy flows through each pillar within the company: music, film, television, apparel, tech and multimedia. In addition to our music artists (/artists) and our YouTube (/programming) channel, the following initiatives are also part of our collective:

### Billionaire Boys Club & ICECREAM

The celebrated fashion apparel embraces the spirit of originality. The clothing is available at the flagship boutique in New York City and in a variety of upscale retail locations around the world. Designs include T-shirts, hoodies, denim, outerwear, hats, sneakers, and accessories.

**bbicecream.com (http://www.bbicecream.com/)**

### FriendsWithYou

Everyone needs a little Magic, Luck, and Friendship™ in their lives. FriendsWithYou, a creative resource center, incorporates their distinct artistic style into a wide range of applications: fine art, large-scale installations, branding, licensing, animation and multimedia projects.

**friendswithyou.com (http://www.friendswithyou.com/)**

### Bionic Yarn



Bionic Yarn is a textile firm dedicated to developing high-performance premium yarns and fabrics made from recycled plastic bottles. They have partnered with various companies including Cole Haan, Kiehl's, Moncler, GAP and Timberland to develop eco-friendly products. Stronger Thread, Greater Good™.

**bionicyarn.com (http://www.bionicyarn.com/)**

CONNECT:

🔊 RSS (HTTP://IAMOTHER.COM/R

🕐 ARCHIVE (/ARCHIVE)

⤫ RANDOM (/RANDOM)

NEWSLETTER

NAME:

E-MAIL ADDRESS:

SUBSCRIBE

DONATE

Donate to From One Hand To Another (http://fohta.org/) and help change the world one kid at a time.

**Donate**

Learn more about FOHTA → (http://fohta.org/donate/)

Follow @i_am_OTHER 37.8K fo

## Collaborative Fund

Collaborative is the leading source of capital and strategic support for creative entrepreneurs who want to change the world.

**collaborativefund.com (http://www.collaborativefund.com/)**

## Artst Guild & Gallery

The online community where artists meet, share, and collaborate. Members upload and showcase all disciplines of art: music, paintings, architecture, and design. More than just a gallery, it's a social network for Creatives.

**artst.com (http://artst.com/)**

## Brooklyn Machine Works

Brooklyn Machine Works are *the* iconic bike builders from Brooklyn. They are responsible for some of the world's most coveted bikes, which are handmade to order for a range of discerning riders.

**brooklynmachineworks.com (http://www.brooklynmachineworks.com/)**

## UJAM

UJAM is a unique cloud-based music creation platform that aims to change the way tunes are crafted and experienced. By supplying technology that makes creating music easy and free, it also provides a rich social experience to help budding musicians get noticed.

**ujam.com (http://www.ujam.com/)**

## From One Hand To Another

From One Hand To Another is a not for profit foundation established by Pharrell Williams. FOHTA's mission is to change the world one kid at a time by giving them the tools and resources to meet their unique potential. The organization implements programs for underserved youth in at risk communities.

fohta.org (http://fohta.org/)



©2013 i am OTHER entertainment, LLC. All Rights Reserved. Site by Fishbucket (http://www.fishbucket.com)

# EXHIBIT 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 20 03:20:38 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:           **Record 6 out of 17**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Cosmetics; facial makeup, concealers, blushers, facial powders, foundation makeup, eye makeup, eye pencils, eyebrow pencils, mascara, false eyelashes, face and body glitter, cosmetic compacts, cosmetic pencils, lipstick, lipstick cases, lipstick holders, lip gloss, lip pomades, lip pencils, makeup removers, makeup applicators in the nature of cotton swabs for cosmetic purposes, eye creams, facial cleansers, toners, facial exfoliants and scrubs, facial creams, facial moisturizers, facial lotions and non-medicated facial treatments in the nature of facial emulsions, wrinkle removing skin care preparations, nail polishes, nail polish base coat, nail polish top coat, nail strengtheners, nail hardeners, nail polish removers, nail creams, cuticle removing preparations, nail tips, and nail buffing preparations; beauty milks, skin moisturizers and skin moisturizer masks, skin conditioners, hand creams, massage oils, essential oils for personal use, talcum powder, perfumed powders, bath beads, bath crystals, bath foam, bath gels, bath oils, bath powders, bath salts, face wash, skin cleansers, skin highlighter, body scrubs, body fragrances, fragrances for personal use, body and hand lotions, body gels, shower gels, body oils, body powders, body exfoliants, body masks, body mask creams and skin lotions, shaving preparations, after shave lotions, shaving balm, shaving cream, shaving gel, skin abrasive preparations, non-medicated skin creams and skin lotions for relieving razor burns, non-medicated lip care preparations, lip cream, sunscreen preparations, suntanning preparations and after-sun lotions; cosmetic sun-protecting preparations; sun tan oils; self-tanning preparations, namely, self tanning milk and cream, accelerated tanning cream, self-tanning lotions, gels and sprays; non-medicated ointments for the treatment of sunburns. non-medicated toiletries; perfume, perfume oils, cologne, eau de toilette, eau de perfume, eau de cologne and toilette water; toothpaste, deodorant and antiperspirant; cosmetic soaps, perfumed soaps, liquid soaps, hand, facial and bath soaps, deodorant soaps, shaving soaps, soap powder, toilet soaps, soaps for body care, and soaps for personal use; cosmetic pads, pre-moistened cosmetic wipes, pre-moistened cosmetic tissues and towelettes; cotton sticks for cosmetic purposes; all purpose cotton swabs for personal use and cosmetic purposes; non-medicated topical skin creams, gels, toners, and lotions; topical skin sprays for cosmetic purposes; aromatherapy creams, lotions and oils; hair care products, namely, shampoos, conditioners, mousse, gels, frosts, creams, rinses, sprays, hair color, hair waving lotion, permanent wave preparations, hair lighteners, hair dyes, hair preparations; astringents for cosmetic purposes; baby wipes; disposable wipes impregnated with chemicals or compounds for personal hygiene and household use; incense; room fragrances; fragrance emitting wicks for room fragrances; sachets; sachet-like eye pillows containing fragrances; scented ceramic stones; scented linen sprays and scented room sprays; scented oils used to produce aromas when heated; scented pine cones; potpourri; aromatherapy pillows comprising potpourri in fabric containers |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640747 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jun 20 03:20:38 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:  [      ]   OR   Jump   to record:  [      ]   **Record 3 out of 17**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | **I AM OTHER** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Musical sound recordings; audio-visual recordings, namely, compact discs, tape cassettes, audio cassettes, audio tapes, audio discs, records, CD-ROMs, video tapes, video cassettes, video discs, DVDs, DATs, MP3s, and laser discs, all featuring music; downloadable musical sound recordings; downloadable video recordings featuring music; downloadable electronic publications in the nature of books, booklets, magazines, journals, manuals, brochures, leaflets, pamphlets and newsletters, all in the field of music, entertainment, beauty, fashion, lifestyles, home décor, the arts, culture, politics and education; electronic publications, namely, books, booklets, magazines, journals, manuals, brochures, leaflets, pamphlets and newsletters, all in the field of music, entertainment, beauty, fashion, lifestyles, home décor, the arts, culture, politics and education, all recorded on CD-ROMs, diskettes, floppy disks, video cassettes, and magnetic tapes; protective eyewear; sunglasses; eyeglasses; eyeglass frames; opera glasses; spectacles; eyeglass, sunglass and spectacle cases; eyeglass, sunglass and spectacle straps; eyeglass, sunglass and spectacle chains; magnets; decorative magnets; refrigerator magnets; novelty magnets; mouse pads; compact disc cases; fitted cases for storage and transportation, namely, cases for compact discs, audio cassettes, video cassettes, CD-ROMs, home video games, home video game accessories, computers, computer accessories, cameras, camcorders and portable phones; computer carrying cases; wrist rests and supports for computer mouse users; wrist rests for computers; computer keyboard wrist pads; binoculars; magnifying glasses; signal and sport whistles; computer game software, programs, cartridges, joysticks, cassettes, discs and instruction manuals sold as a unit therewith; computerized video table games for gaming purposes; electronic game programs. interactive audio game discs containing role playing game and action games; interactive video game programs; interactive multimedia computer game program; joysticks for video games; machines for playing games of chance; video game interactive remote control units and control floor pads or mats; video game machines for use with televisions; video game output machines for use with televisions; virtual reality game software; downloadable music, ring tones, graphics, and electronic games via the Internet and wireless devices; downloadable wireless game software; downloadable wireless entertainment, namely, ring tones, screen savers and images, and wallpaper |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640753 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 23, 2013 |
| **Owner** | (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 20 03:20:38 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 7 out of 17**

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| Word Mark | **I AM OTHER** |
| Goods and Services | IC 014. US 002 027 028 050. G & S: Jewelry; jewelry findings; gemstone and precious stones; semi-precious stones; pearls; opals; platinum and its alloys; precious metals; charms, chokers, and pendants; lapel pins; ornamental lapel pins; pins being jewelry; body-piercing rings and studs; ear studs; ear clips; tie pins; tie clips; tie bars; tie tacks; tie fasteners; bolo ties with precious metal tips; cuff-links; shirt studs; badges of precious metal; costume jewelry; jewelry chains; jewelry pins for use on hats; hat ornaments of precious metal; holiday ornaments of precious metal; jewelry boxes and cases; key holders of precious metals; key chains of precious metal; watches; watch bracelets; watch accessories, namely, parts for watches; wristwatches; pocket watches; stop watches; watch straps and bands; watch chains and fobs; watch cases; watch boxes; clocks; alarm clocks; clocks incorporating radios; wall clocks; timepieces; boxes for timepieces; figurines, sculptures, busts, figures, statues, and statuettes, all of the foregoing of precious metal |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85640758 |
| Filing Date | June 1, 2012 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | September 18, 2012 |
| Owner | (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| Attorney of Record | Brad D. Rose |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP | PREV LIST | CURR LIST | NEXT DOC | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 20 03:20:38 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [    ] OR Jump to record: [    ]   **Record 2 out of 17**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Posters; calendars; temporary tattoos; stickers; decals; bumper stickers; iron-on and plastic transfers; blank cards; greeting cards; motivational cards; occasion and note cards; place, record, score and trading cards; postcards; scrapbooks; stationery; paper; note pads; paper note tablets; writing tablets; note books; folders; bookmarks; paper pennants; binders; writing paper; envelopes; address and appointment books; autograph books; guest books; ledger books; log books; desk pads; paper tags; passport cases, covers and holders; desk top and personal organizers; organizers for stationery use; stationery-type portfolios; paper flags; mounts for stamps; rubber stamps; stamp albums; stamp pad inks; stamp pads; paper clips; book markers of precious metal; money clips; sleeves for holding and protecting stamps; paper banners; holders for desk accessories; coin holders; document holders; letter clips; letter openers, racks and trays; pens; pencils; extensions and attachments for pencils; glue and glue sticks for stationery and household use; glue for the office; markers; marker caddies; pen and pencil sets; crayons; highlighting pens and markers; erasers; drafting and drawing rulers; pencil sharpeners; bookends; book covers and holders; checkbook covers; checkbook holders; checkbook and passbook wallets; coin and photograph albums; brag books; leather book covers; bulletin boards; photographic, picture or art mounts; photographic prints; collages; photographs; lithographs; illustrations; decorative paper centerpieces and pencil-top ornaments; picture books; globes; paperweights; coasters made of paper; paper clip and sign holders; printed paper signs; clip boards; paper party favors; paper emblems; printed emblems; printed awards; paper identification tags; printed holograms; paper banners; paper illustration boards. paper display boxes; paper flower pot covers; paper handkerchiefs; hat boxes of cardboard; hat boxes of paper; tour books; printed concert programs; event programs and albums; books, magazines, leaflets, journals, newsletters, booklets, pamphlets and brochures, all of the aforesaid featuring music, entertainment, television, film, the arts, fashion, lifestyles, culture, and politics |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640768 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 23, 2013 |
| **Owner** | (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Jun 20 03:20:38 EDT 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump | to record: [        ]    **Record 8 out of 17**

TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS )

# I AM OTHER

| | |
|---|---|
| Word Mark | **I AM OTHER** |
| Goods and Services | IC 018. US 001 002 003 022 041. G & S: All-purpose sports and athletic bags; beach, book, carry-on, duffel, gym, leather shopping, shoulder, tote and travel bags; fanny packs and waist packs; backpacks; knapsacks; purses; garment bags for travel; satchels; luggage; luggage tags; trunks; suitcases; cosmetic cases and bags sold empty; toiletry and vanity cases sold empty; tool bags sold empty; attaché cases; briefcases; briefcase-type portfolios; document cases; men's clutches; business cases; business card cases; calling and credit card cases; key cases; leather key chains; wallets; banknote holders; billfolds; umbrellas |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85640776 |
| Filing Date | June 1, 2012 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | September 18, 2012 |
| Owner | (APPLICANT) I am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| Attorney of Record | Brad D. Rose |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:jy8pui.2.5

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 20 03:20:38 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [       ]  OR  Jump  to record: [       ]   **Record 5 out of 17**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, shirts, long-sleeved shirts, T-shirts, under shirts, night shirts, rugby shirts, polo shirts, cardigans, jerseys, scrubs not for medical purposes, smocks, pants, jeans, cargo pants, stretch pants, denim jeans, shorts, boxer shorts, tops, stretch tops, crop tops, tank tops, tankinis, sweat shirts, hooded sweat shirts, sweat jackets, sweat shorts, sweat pants, warm-up suits, track suits, sweaters, vests, fleece vests, pullovers, jackets, reversible jackets, wind-resistant jackets, shell jackets, sports jackets, jean jackets, coats, turtlenecks, swimwear, beachwear, tennis wear, layettes, infantwear, infants sleepers, booties, caps, hats, visors, headbands, wrist bands, sweat bands, headwear, ear muffs, aprons, scarves, bandanas, belts, neckwear, underwear, socks, loungewear, robes, underclothes, pajamas, sleepwear, hosiery, gloves, mittens, rain slickers, rainwear, footwear, sneakers, shoes, sandals, flip-flops, and slippers |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640784 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jun 20 03:20:38 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 4 out of 17**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 035. US 100 101 102. G & S: On-line ordering services and on-line retail store services, electronic retailing services via computers, and retail store services available through computer communications, all of the aforesaid featuring recorded product, music related items, clothing and accessories therefor, printed promotional matter such as posters, books, audio books, and publications, and novelty items; management of musical artists; promoting the concerts of others; promotion of live and recorded musical performances via electronic, print, audio or visual media |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640795 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 20 03:20:38 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 1 out of 17**

TSDR     ASSIGN Status     TTAB Status     *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

**Word Mark**  I AM OTHER

**Goods and Services**  IC 041. US 100 101 107. G & S: Record production; music production; audio recording and production; videotape production; motion picture song production; production of video discs for others; recording studios; entertainment services, namely, producing musical audio and video programs; Distribution of radio and television programs featuring musical performances; and distribution of television programming featuring musical audio and video performances to broadcasters; music composition and transcription for others; song writing services; music publishing services; entertainment in the nature of live performances by a musical artist, musical group or musical band; entertainment in the nature of visual and audio performances by a musical artist, musical group and musical band; entertainment, namely, live music concerts; entertainment, namely, personal appearances by a musician, musical group or musical band; entertainment, namely, personal appearances by a television star, movie star, comedian or radio personality; entertainment services, namely, providing a web site featuring non-downloadable musical performances, musical videos, related film clips, photographs, and other multimedia materials in the field of non-downloadable musical performances; entertainment services, namely, providing prerecorded non-downloadable music, information in the field of music, commentary and articles about music, all online via a global computer network; production of television and radio programs; television show production; cable television show production; production of radio entertainment programs; motion picture film production; film editing; special effects animation services for film and video; entertainment in the nature of on-going television, cable television and radio programs featuring music, comedy, dramatic acts, spoken word, cartoons, animation and educational subject matters for children and young adults. television and cable television programs featuring music, drama, spoken word, comedy, cartoons, animation and educational subject matters for children and young adults; providing a variety show distributed over television, cable television, radio, satellite, audio and video media; entertainment, namely, a continuing variety, news, comedy, dramatic and musical show broadcast over television, satellite, audio and video media; theatre productions; entertainment in the nature of live traveling tours by a professional entertainer, musical group or band featuring music, drama, spoken word and comedy; educational and entertainment services, namely, providing motivational and educational speakers; distribution of television programs and radio programs for others; television program syndication; radio programming on a global computer network; distribution of television programming to cable television systems; cable television programming; television and radio programming; television scheduling; entertainment services, namely, providing an on-line computer game; providing an online computer game that may be accessed network-wide by network users; multimedia entertainment software production services; providing information online relating to computer games and computer enhancements for games; entertainment services provided via computer, namely, providing online movie and music reviews; entertainment services, namely, presenting non-downloadable ringtones, pre-recorded music, video and graphics to mobile communications devices via a global computer network and wireless networks

**Standard Characters Claimed**

**Mark Drawing Code**  (4) STANDARD CHARACTER MARK

**Serial Number**  85640797

**Filing Date**  June 1, 2012

**Current Basis**  1B

**Original Filing Basis**  1B

**Published for Opposition**  April 23, 2013

**Owner**  (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036

**Attorney of Record**  Brad D. Rose

**Type of Mark**  SERVICE MARK

**Register**  PRINCIPAL

**Live/Dead Indicator**  LIVE

# EXHIBIT 3

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
310.228.3700 main
310.228.3701 main fax
www.sheppardmullin.com

December 4, 2012

Client-Matter: 29WV-165530

Pharrell Williams
    President
Caron Veazey,
    General Manager, Executive Vice President
i am Other Entertainment, LLC
c/o PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036

VIA CERTIFIED MAIL,
RETURN RECEIPT
REQUESTED AND U.S. MAIL

Jarrod Moses
President and CEO
United Entertainment Group (UEG)
142 West 57th Street, 5th Floor
New York, NY 10019

Re:    Infringement of William Adams' I AM Trademark

Dear Mr. Williams, Ms. Veazey & Mr. Moses:

We are writing to demand that i am Other Entertainment, LLC and United Entertainment Group ("i am Other", "UEG", and sometimes referred to as "you") immediately cease and desist from any and all unauthorized use of a derivative of William Adams' I AM trademark, and his other I AM-formative trademarks.

We are counsel to William Adams, better known as will.i.am, the famous hip hop musician and founding member and frontman of the musical group The Black Eyed Peas, multi-platinum producer, and owner of many trademarks, including the I AM trademark for use with a variety of goods and services. Mr. Adams expressly licenses the use of his intellectual property, including the use of the I AM mark for clothing, live music concerts, and entertainment. Mr. Adams owns the federally-registered I AM trademark for use in connection with a variety of items of clothing, including footwear, which is now incontestable. The mark has been use since 2000. Mr. Adams also uses and owns the federally registered mark WILL.I.AM for various goods and services. Copies of Mr. Adams' registrations for the I AM and WILL.I.AM marks are enclosed herewith for your reference as **Exhibit A**.

Due to the significant sales of Mr. Adams' recordings and merchandise, and the publicity that he receives, the I AM trademark, which constitutes a distinct portion of

# SheppardMullin

Pharrell Williams
Caron Veazey
Jarrod Moses
December 4, 2012
Page 2

Mr. Adams' popular name and the WILL.I.AM trademark, have acquired substantial fame and goodwill and are associated with Mr. Adams and his goods and services.

We have recently learned that, without our client's knowledge or consent, i am Other and UEG have jointly launched a social media venture under the name "i am OTHER", described in online publicity as "a content-driven property that spotlights new musicians, filmmakers, designers, artists and innovators through online, mobile and retail channels, TV shows and films", and promoted through the website located at <www. iamother.com>. Copies of the iamother.com Website reflecting unlicensed use of the I AM mark for promoting musical artists and online programming (the "Infringing Services") are attached hereto as **Exhibit B**. I am Other's and UEG's use of the term I AM is likely to cause visitors to the Website to believe that Mr. Adams is affiliated with the Website or has approved, licensed, or authorized the use of his intellectual property for these services, when in fact he has not done so. As noted above, Mr. Adams has entered into licensing agreements with other entities for such services under the I AM mark. This is of particular concern because you are offering music and entertainment-related content. You obviously are aware of Will Adams as noted by the picture attached hereto **Exhibit C** featuring Will Adams, Kanye West and Pharrell Williams.

It has also come to our attention that i am Other has filed *eight* "intent-to-use" trademark applications for the mark I AM OTHER with the United States Patent & Trademark Office ("PTO") bearing Serial Nos. 85/640,747, 85/640,753, 85/640,758, 85/640,768, 85/640,776, 85/640,784, 85/640,795, and 85/640,797, covering goods in Classes 3, 9, 14, 16, 18, 25, and services in Classes 35 and 41. Copies of PTO web pages for the I AM OTHER trademark applications are enclosed herewith for your reference as **Exhibit D**. We filed extensions of time to oppose these applications. Any unauthorized use of the trademark I AM by you would be confusingly similar to Mr. Adams' I AM trademark, and such unauthorized use would therefore constitute trademark infringement, unfair competition, and false designation of origin, and would dilute the distinctive value of Mr. Adams' I AM trademark. Mr. Adams' fans, as well as prospective and actual purchasers of his goods and services will erroneously believe that Mr. Adams has approved or licensed your use and registration of I AM, or is somehow affiliated or connected with you or your business, when in fact Mr. Adams has not sponsored, licensed, or approved your activities in any respect. Further, the use of I AM will erode the association of the I AM trademark with Mr. Adams and his goods and services.

The remedies available to Mr. Adams for your unlawful acts include, but are not limited to, his actual damages, statutory damages, your profits attributable to the unauthorized use of I AM trademark, attorneys' fees, increased damages, and a nationwide injunction against any further use of the trademark or any other mark confusingly similar thereto. The above is not intended to be a complete listing of Mr. Adams' rights, and he reserves the right to assert other claims not stated herein if necessary.

# SheppardMullin

Pharrell Williams
Caron Veazey
Jarrod Moses
December 4, 2012
Page 3

Therefore, in order to resolve this matter without litigation, we request that you agree in writing to immediately: (1) expressly abandon your trademark applications Serial Nos. 85/640,747, 85/640,753, 85/640,758, 85/640,768, 85/640,776, 85/640,784, 85/640,795, and 85/640,797 for the mark I AM OTHER; (2) not to use the mark I AM or any mark, name, logo or the like that is confusingly similar to I AM, for any products or services; (3) transfer ownership of the Website's domain name to Mr. Adams; and (4) to the extent that you have sold products or services under I AM, provide us with an accounting of those sales or revenues. The accounting of such sales or revenues must include: (a) the total revenue/sales from the sale of tickets, merchandise, promotional sponsorships, and the like; (b) the number of tickets sold, and units of merchandise produced; (c) the costs of providing services and/or producing merchandise; and (d) the number of units of any merchandise remaining in your inventory.

We have enclosed Express Abandonments of your eight trademark applications for your convenience. You may indicate your consent to these terms by signing the original of this letter and the eight Express Abandonments and returning them to me. We will file the Express Abandonments with the PTO.

If we do not receive a signed copy of this letter by **December 18, 2012**, we will advise Mr. Adams to seek all remedies available to him for i am Other's unlawful acts, including litigation, if necessary. However, we are hopeful that an amicable resolution can be reached, and we look forward to your prompt response.

Nothing contained in this letter, nor any act or omission to act by Mr. Adams is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Mr. Adams may have in regard to this matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Very truly yours,

Jill M. Pietrini
SHEPPARD MULLIN RICHTER & HAMPTON LLP

JMP:RW
Enclosures
cc:   Kenneth Hertz, Esq.
      Rachel Rosoff, Esq.
      Kristin Wenning
      Robert Walsh

**SheppardMullin**

Pharrell Williams
Caron Veazey
Jarrod Moses
December 4, 2012
Page 4

**AGREED AND ACCEPTED:**

**i am Other Entertainment, LLC**

By: _____     Date: _____
     Pharrell Williams
     President

**i am Other Entertainment, LLC**

By: _____     Date: _____
     Caron Veazey
     General Manager, Executive Vice President

**United Entertainment Group (UEG)**

By: _____     Date: _____
     Jarrod Moses
     President and CEO

SMRH:406640399.1

# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,433,688
Registered Mar. 6, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## I AM

GROUNDLEVEL FOOTWEAR, INC. (ARIZONA CORPORATION)
30407 N. 48TH PLACE
CAVE CREEK, AZ 85331

FOR: CLOTHING, NAMELY, HATS, CAPS, SOCKS, SHIRTS, T-SHIRTS, SWEATSHIRTS, TANK TOPS, SHORTS, PANTS, SWEATPANTS, JEANS, SWIMWEAR, SWIMSUITS, BEACHWEAR AND FOOTWEAR, NAMELY, SHOES, ATHLETIC FOOTWEAR, BOOTS, CLOGS, SNEAKERS AND SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1999; IN COMMERCE 1-15-2000.

SER. NO. 76-039,669, FILED 5-3-2000.

MIDGE BUTLER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# WILL.I.AM

**Reg. No. 3,707,981**
Registered Nov. 10, 2009

**Int. Cl.: 41**

SERVICE MARK
PRINCIPAL REGISTER

ADAMS, WILLIAM (UNITED STATES INDIVIDUAL)
C/O GOLDRING, HERTZ & LICHTENSTEIN, LLP
450 N. ROXBURY DR., 8TH FL.
BEVERLY HILLS, CA 90210

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFORMANCES BY A MALE ARTIST; AND FASHION DESIGNER , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-1989; IN COMMERCE 6-30-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT(S) TO REGISTER IS OF RECORD.

SER. NO. 77-666,402, FILED S.R. 2-9-2009 AM. P.R. 7-20-2009.

LINDA ESTRADA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,678,106
Registered Sep. 1, 2009

## TRADEMARK
### SUPPLEMENTAL REGISTER

# WILL.I.AM

ADAMS, WILLIAM (UNITED STATES INDIVI-
DUAL)
C/O GOLDRING HERTZ & LICHTENSTEIN, LLP
450 N. ROXBURY DR., 8TH FL.
BEVERLY HILLS, CA 9C210

FOR: SERIES OF PRE-RECORDED PHONO-
GRAPH RECORDS, CDS AND AUDIO CASSETTES
FEATURING MUSIC; SERIES OF PRE-RECORDED
VIDEO TAPES AND DVDS FEATURING MUSIC
VIDEOS AND MUSICAL PERFORMANCES, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-2-2001; IN COMMERCE 10-2-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-
TURE(S) SHOWN IN THE MARK IDENTIFIES A
LIVING INDIVIDUAL WHOSE CONSENT(S) TO
REGISTER IS OF RECORD.

SER. NO. 77-665,543, FILED 2-6-2009.

LINDA ESTRADA, EXAMINING ATTORNEY

# EXHIBIT B

Page 1 of 8

+ Follow    Join tumblr.



HOME (/)  ·  MANIFESTO (/MANIFESTO)  ·  ARTISTS (/ARTISTS)  ·  SHOWS (/SHOWS)  ·
ABOUT (/ABOUT)



CONNECT:

RSS (HTTP://IAMOTHER.COM/RSS)
ARCHIVE (/ARCHIVE)
RANDOM (/RANDOM)

**OTHERS by Hypebeast** - Poggy of United Arrows & Sons

Designer Kogi Motofumi aka "Poggy" shares his ethos and inspiration behind the casual sub-line UNITED
ARROWS & SONS, his recipe for mixing streetwear with high-end fashion, and his affinity for the suit. Having
been at the forefront of the various transitions in Japanese fashion and the street culture scene, Poggy's eclectic
sense of style has never led him astray.

TAGS kogi-motofumi (http://iamother.com/tagged/kogi-motofumi)

poggy (http://iamother.com/tagged/poggy)

united arrows &amp; sons (http://iamother.com/tagged/united-arrows-%26amp%3B-sons)

japan (http://iamother.com/tagged/japan)  tokyo (http://iamother.com/tagged/tokyo)

japanese style (http://iamother.com/tagged/japanese-style)

street style (http://iamother.com/tagged/street-style)   fashion (http://iamother.com/tagged/fashion)

men's fashion (http://iamother.com/tagged/men%27s-fashion)

i am OTHER (http://iamother.com/tagged/i-am-OTHER)

Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

interview (http://iamother.com/tagged/interview)

3 DAYS AGO (HTTP://IAMOTHER.COM/POST/31537164938/OTHERS-BY-HYPEBEAST-POGGY-OF-UNITED-
ARROWS)

6 NOTES (HTTP://IAMOTHER.COM/POST/31537164938/OTHERS-BY-HYPEBEAST-POGGY-OF-UNITED-
ARROWS#NOTES)

Follow @i_am_OTHER   24.7K followers

SHARE THIS (HTTP://TMBLR.CO/ZWLDRVTNMLAA)



**Voice of Art** - Graffiti Against the System, Pt. 3

Follow graffiti artist GATS as he risks his safety and anonymity to paint a poem across the East Bay. The final line proclaiming "The City Is Ours" is completed at a community block party, an apt setting to celebrate how street art can be used to make political statements and enrich the culture of a city.

TAGS   Voice of Art (http://iamother.com/tagged/Voice-of-Art)   voa (http://iamother.com/tagged/voa)

gats (http://iamother.com/tagged/gats)

graffiti against the system (http://iamother.com/tagged/graffiti-against-the-system)

roberto miguel (http://iamother.com/tagged/roberto-miguel)   graffiti (http://iamother.com/tagged/graffiti)

street artist (http://iamother.com/tagged/street-artist)   protest (http://iamother.com/tagged/protest)

the city is ours (http://iamother.com/tagged/the-city-is-ours)

i am other (http://iamother.com/tagged/i-am-other)

Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)


🕓 3 DAYS AGO (HTTP://IAMOTHER.COM/POST/31528125303/VOICE-OF-ART-GRAFFITI-AGAINST-THE-
SYSTEM-PT)
♥ 21 NOTES (HTTP://IAMOTHER.COM/POST/31528125303/VOICE-OF-ART-GRAFFITI-AGAINST-THE-SYSTEM-
PT#NOTES)

✉ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVTNEGDT)

**Awkward Black Girl** - The Search (Ep. 4, S. 2)

J finally decides to search for a new job, but just when things are looking up, White Jay throws a curveball ...

TAGS

The Misadventures of AWKWARD Black Girl (http://iamother.com/tagged/The-Misadventures-of-AWKWARD
-Black-Girl)

Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

Issa Rae (http://iamother.com/tagged/Issa-Rae)   comedy (http://iamother.com/tagged/comedy)

ABG (http://iamother.com/tagged/ABG)   The Search (http://iamother.com/tagged/The-Search)

Season 2 (http://iamother.com/tagged/Season-2)   J (http://iamother.com/tagged/J)

White Jay (http://iamother.com/tagged/White-Jay)   office (http://iamother.com/tagged/office)

worst job ever (http://iamother.com/tagged/worst-job-ever)

romance (http://iamother.com/tagged/romance)   humor (http://iamother.com/tagged/humor)

⏱ 3 DAYS AGO (HTTP://IAMOTHER.COM/POST/31495546110/AWKWARD-BLACK-GIRL-THE-SEARCH-EP-4-5-2
-J)

♥ 13 NOTES (HTTP://IAMOTHER.COM/POST/31495546110/AWKWARD-BLACK-GIRL-THE-SEARCH-EP-4-5-2-
J#NOTES)

🖼 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVTLH_J_)

**The BGR Show - Nokia's New Lumia 920, Motorola's New DROID**

A look at the smartphones slated to launch this holiday season; Nokia's Lumia 920 and 820, and Motorola's
DROID RAZR M, DROID RAZR HD, and DROID RAZR MAXX. Can they top Apple's iPhone 5 and Samsung's
Galaxy S III?

TAGS   BGR (http://iamother.com/tagged/BGR)   Boy Genius (http://iamother.com/tagged/Boy-Genius)

boy genius report (http://iamother.com/tagged/boy-genius-report)

iamother (http://iamother.com/tagged/iamother)

iamother.com (http://iamother.com/tagged/iamother.com)

i am other (http://iamother.com/tagged/i-am-other)   pharrell (http://iamother.com/tagged/pharrell)

Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

smartphone (http://iamother.com/tagged/smartphone)   droid (http://iamother.com/tagged/droid)

⊙ 4 DAYS AGO (HTTP://IAMOTHER.COM/POST/31464409120/THE-BGR-SHOW-NOKIAS-NEW-LUMIA-920-
MOTOROLAS)

♥ 1 NOTE (HTTP://IAMOTHER.COM/POST/31464409120/THE-BGR-SHOW-NOKIAS-NEW-LUMIA-920-
MOTOROLAS#NOTES)

🖻 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVEJRCWW)

***Awkward Black Girl*** - Sister Mary's Video Diary

After winning the Gutbusters Jingle competition, Sister Mary gives an acceptance speech.

TAGS  awkward black girl (http://iamother.com/tagged/awkward-black-girl)

The Misadventures of AWKWARD Black Girl (http://iamother.com/tagged/The-Misadventures-of-AWKWARD
-Black-Girl)

issa rae (http://iamother.com/tagged/issa-rae)  comedy (http://iamother.com/tagged/comedy)

ABG (http://iamother.com/tagged/ABG)  i am OTHER (http://iamother.com/tagged/i-am-OTHER)

iamOTHER (http://iamother.com/tagged/iamOTHER)

Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

humor (http://iamother.com/tagged/humor)  Sister Mary (http://iamother.com/tagged/Sister-Mary)

gutbusters (http://iamother.com/tagged/gutbusters)

⊙ 1 WEEK AGO (HTTP://IAMOTHER.COM/POST/31049313648/AWKWARD-BLACK-GIRL-SISTER-MARYS-VIDEO
-DIARY)

♥ 3 NOTES (HTTP://IAMOTHER.COM/POST/31049313648/AWKWARD-BLACK-GIRL-SISTER-MARYS-VIDEO-
DIARY#NOTES)

🖻 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVSWHKRM)

**Nardwuar vs. E-40**

Nardwuar interviews E-40 in Vancouver, BC, Canada

TAGS  Nardwuar (http://iamother.com/tagged/Nardwuar)

Nardwuar the Human Serviette (http://iamother.com/tagged/Nardwuar-the-Human-Serviette)

iamother (http://iamother.com/tagged/iamother)

iamother.com (http://iamother.com/tagged/iamother.com)

i am other (http://iamother.com/tagged/i-am-other)  E-40 (http://iamother.com/tagged/E-40)

rap (http://iamother.com/tagged/rap)  music (http://iamother.com/tagged/music)

pharrell (http://iamother.com/tagged/pharrell)

Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)


🕐 1 WEEK AGO (HTTP://IAMOTHER.COM/POST/31000921792/NARDWUAR-VS-E-40-NARDWUAR-INTERVIEWS-E-40-IN)

♥ 0 NOTES (HTTP://IAMOTHER.COM/POST/31000921792/NARDWUAR-VS-E-40-NARDWUAR-INTERVIEWS-E-40-IN#NOTES)

                    📧 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVSTPBRD)

Nardwuar interviews E-40 in Vancouver, BC, Canada

TAGS  nardwuar [http://iamother.com/tagged/nardwuar]

Nardwuar the Human Serviette [http://iamother.com/tagged/Nardwuar-the-Human-Serviette]

E-40 [http://iamother.com/tagged/E-40]  rapper [http://iamother.com/tagged/rapper]

hip hop [http://iamother.com/tagged/hip-hop]  East Bay [http://iamother.com/tagged/East-Bay]

Vallejo [http://iamother.com/tagged/Vallejo]  rap [http://iamother.com/tagged/rap]

Old School [http://iamother.com/tagged/Old-School]  interview [http://iamother.com/tagged/interview]

Pharrell Williams [http://iamother.com/tagged/Pharrell-Williams]

i am OTHER [http://iamother.com/tagged/i-am-OTHER]

🕑 1 WEEK AGO [HTTP://IAMOTHER.COM/POST/31017748974/NARDWUAR-VS-E-40-NARDWUAR-
INTERVIEWS-E-40-IN]
💗 4 NOTES (HTTP://IAMOTHER.COM/POST/31017748974/NARDWUAR-VS-E-40-NARDWUAR-INTERVIEWS-E-
40-IN#NOTES)

🔁 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVSUPKDK)

**StereoTypes Season 2 Trailer**

Stay tuned for new episodes of StereoTypes on the i am OTHER channel.

TAGS  Pharrell Williams [http://iamother.com/tagged/Pharrell-Williams]

i am other [http://iamother.com/tagged/i-am-other]  iamother [http://iamother.com/tagged/iamother]

iamother.com [http://iamother.com/tagged/iamother.com]

season 2 [http://iamother.com/tagged/season-2]  stereotypes [http://iamother.com/tagged/stereotypes]

trailer [http://iamother.com/tagged/trailer]  Pharrell [http://iamother.com/tagged/Pharrell]

🕑 2 WEEKS AGO [HTTP://IAMOTHER.COM/POST/30892082326/STEREOTYPES-SEASON-2-TRAILER-STAY-
TUNED-FOR-NEW]
💗 5 NOTES (HTTP://IAMOTHER.COM/POST/30892082326/STEREOTYPES-SEASON-2-TRAILER-STAY-TUNED-
FOR-NEW#NOTES)

🔁 SHARE THIS (HTTP://TMBLR.CO/ZWLDRVSNJYLM)

***Voice of Art*** - GATS (Graffiti Against the System)

Graffiti is a thriving life force in Oakland. Meet GATS (Graffiti Against The System), an artist for whom the city is one endless canvas to connect with the people. Times are rough in "The O," as GATS plans to write a poem throughout the city.

**TAGS**   GATS (http://iamother.com/tagged/GATS)

graffiti against the system (http://iamother.com/tagged/graffiti-against-the-system)

oakland (http://iamother.com/tagged/oakland)   Voice of Art (http://iamother.com/tagged/Voice-of-Art)

VOA (http://iamother.com/tagged/VOA)   Pharrell Williams (http://iamother.com/tagged/Pharrell-Williams)

street art (http://iamother.com/tagged/street-art)   activism (http://iamother.com/tagged/activism)

i am OTHER (http://iamother.com/tagged/i-am-OTHER)

iamOTHER (http://iamother.com/tagged/iamOTHER)

⏱ 2 WEEKS AGO (HTTP://IAMOTHER.COM/POST/30599549281/VOICE-OF-ART-GATS-GRAFFITI-AGAINST-THE
-SYSTEM)

♥ 12 NOTES (HTTP://IAMOTHER.COM/POST/30599549281/VOICE-OF-ART-GATS-GRAFFITI-AGAINST-THE-
SYSTEM#NOTES)

↪ SHARE THIS (HTTP://TMBLR.CO/ZWLDRVSVU15X)

***The BGR Show*** - Sean Paul's Music Production To Go

World famous artist Sean Paul talks about his latest album and how he uses his iPad apps to make music while he's on the move, from Garage Band to Analog Recording.

TAGS  Sean Paul (http://iamother.com/tagged/Sean-Paul)  BGR (http://iamother.com/tagged/BGR)

The BGR Show (http://iamother.com/tagged/The-BGR-Show)

Jonathan Geller (http://iamother.com/tagged/Jonathan-Geller)

Boy Genius (http://iamother.com/tagged/Boy-Genius)  iPad (http://iamother.com/tagged/iPad)

Apple (http://iamother.com/tagged/Apple)  Garage Band (http://iamother.com/tagged/Garage-Band)

Analog Recording (http://iamother.com/tagged/Analog-Recording)

i am OTHER (http://iamother.com/tagged/i-am-OTHER)

iamOTHER (http://iamother.com/tagged/iamOTHER)


⏱ 2 WEEKS AGO (HTTP://IAMOTHER.COM/POST/30530005716/THE-BGR-SHOW-SEAN-PAULS-MUSIC-
PRODUCTION-TO-GO)

♥ 2 NOTES (HTTP://IAMOTHER.COM/POST/30530005716/THE-BGR-SHOW-SEAN-PAULS-MUSIC-
PRODUCTION-TO-GO#NOTES)

⇄ SHARE THIS (HTTP://TMBLR.CO/ZWLDBVSRKKHK)


PREVIOUS PAGE  ·  NEXT PAGE (/PAGE/2)        Page 1 of 9


©2012 i am OTHER entertainment, LLC. All Rights Reserved.

★ Follow   🍵 Join tumblr.



HOME (/)   ·   MANIFESTO (/MANIFESTO)   ·   ARTISTS (/ARTISTS)   ·   SHOWS (/SHOWS)   ·
ABOUT (/ABOUT)

## MANIFESTO

CONNECT:

**i am OTHER**
By Pharrell Williams

I serve and represent the **OTHERS** because I am one myself.

**OTHERS** defy expectations and stereotypes. We are curious, ambitious, energetic and have every intention of squeezing the most out of life. Above all, we are individuals.

**OTHERS** don't fit into categories. We are not jocks. Or skaters. Or musicians. Or students. Or technologists. Or audiophiles. We want to be all of the above and then some.

**OTHERS** are a diverse group of optimistic, bright minds connected by technology and a desire to make our mark, who together can advance culture and even humanity.

**OTHERS** are not defined by demographics or geography. We have shared ideals, dreams and a vision for a new reality.

**OTHERS** believe individuality is the new wealth. Experiences are the new assets to acquire. Whoever is the most individual wins.

**i am OTHER** celebrates people who push society forward. The thinkers. The innovators. The outcasts. History has proven that it's the rule breakers who have the power to change the world.

Be **OTHER**.

📶 RSS (HTTP://IAMOTHER.COM/RSS)
🕐 ARCHIVE (/ARCHIVE)
✂ RANDOM (/RANDOM)

✦ Follow    Join tumblr.



# i am OTHER™

HOME (/)  ·  MANIFESTO (/MANIFESTO)  ·  ARTISTS (/ARTISTS)  ·  SHOWS (/SHOWS)  ·
ABOUT (/ABOUT)

## ARTISTS

When it comes to music, **i am OTHER** artists don't fit neatly into a box. They were all hand-picked by Pharrell Williams for their talent, creative instincts and willingness to break barriers.

**CONNECT:**

📶 RSS (HTTP://IAMOTHER.COM/RSS)
⊙ ARCHIVE (/ARCHIVE)
✂ RANDOM (/RANDOM)



(http://www.alyssabernal.com)

### Alyssa Bernal

Every now and then, a new artist comes along who seems to effortlessly capture the imagination. Singer/musician Alyssa Bernal, a relatable girl with an unforgettable voice, is just that artist. Alyssa was your everyday American teenager, busy with classes and cheerleading practice, when her heartfelt, acoustic YouTube clips caught the eye of Pharrell Williams. Raised in a music-steeped household in San Antonio, Texas, Alyssa taught herself how to play guitar. Currently, she's in the studio with Pharrell cooking up a new brand of playful pop music that's both edgy and sweet.

alyssabernal.com
(http://www.alyssabernal.com)



(http://officialbuddy.com/)

### Buddy

Buddy (born Simmie Sims) is a rapper from Compton, California with personality for days. Battling it out in the LA entertainment scene at industry showcases since he was a child, he eventually caught the attention of Pharrell Williams after an introduction by his co-manager Scott Vener (former music director of Entourage). Buddy's debut track "Awesome Awesome," produced by the Neptunes, is full of stomping beats and slick word play and reflects his fresh

Follow @i_am_OTHER   24.7K followers

approach to hip hop. He's already
recorded collaborations with Snoop Dogg
and Kendrick Lamar ("Staircases") and is
completing his mixtape, *Idle Time*.

officialbuddy.com
(http://officialbuddy.com/)



(http://www.leahlabelle.com)

### Leah LaBelle

Born in Canada, but raised in Seattle,
Leah LaBelle is the child of immigrants
who escaped then communist Bulgaria.
Although Leah's parents were pop stars in
their country, they gave it all up to pursue
a better life in America. Now Leah is LA
Reid's newest signing at Epic Records and
both Pharrell Williams and Jermaine Dupri
are Executive Producers on her
forthcoming album later this year. Her
music is a return to classic R&B with a
modern, pop twist—fun grooves and
incredible melodies. Her debut single,
"Sexify," produced by Pharrell, is like girl
talk between friends on how to keep your
man happy and satisfied.

leahlabelle.com
(http://www.leahlabelle.com)



(http://www.maxineashley.com)

### Maxine Ashley

Bronx-born Maxine Ashley is a sassy
misfit with one helluva voice. She eschews
convention, sometimes wears her hair half
fluorescent pink, half brunette, loves the
Smiths as much as Beyoncé, and has
trouble keeping her big mouth shut.
Discovered by Pharrell Williams on
YouTube, Maxine is busy honing her
international sound—an eclectic mix of
pop, dance, and R&B that would be
equally at home on the streets of the
Bronx, London or Tokyo. Maxine likes to
call it "grimy melodic pop." Her song
"Cookieman," produced by Pharrell, is
the soundtrack for Lanvin's
Spring/Summer 2012 advertising
campaign shot by Steven Meisel.

maxineashley.com
(http://www.maxineashley.com)

©2012 i am OTHER entertainment, LLC. All Rights Reserved.

Page 1 of 3





i am OTHER™

HOME (/)  ·  MANIFESTO (/MANIFESTO)  ·  ARTISTS (/ARTISTS)  ·  SHOWS (/SHOWS)  ·  ABOUT (/ABOUT)

## SHOWS

Check out i am OTHER's premium YouTube (http://www.youtube.com/iamOTHER) channel about Thinkers, Innovators, and Outcasts. By celebrating creative pursuits of all kinds, we showcase the architects of global culture, music, fashion, and the arts.

**CONNECT:**

📶 RSS (HTTP://IAMOTHER.COM/RSS)
🕘 ARCHIVE (/ARCHIVE)
✂ RANDOM (/RANDOM)

### Awkward Black Girl

*Awkward Black Girl (http://www.youtube.com/playlist?list=PL9A1B63A1A44E95FD&feature=plcp)* is the brainchild of Issa Rae, a Stanford graduate who created the scripted comedy to test her theory that "we're all awkward." The quirky episode scenarios expand beyond African-American themes and include a wink to intimate awkward moments of all cultures worldwide. We're all awkward in our own way; it's natural.

### OTHERS by Hypebeast

*OTHERS by Hypebeast (http://www.youtube.com/playlist?list=PL37634173928227 9B&feature=plcp)* blends the **OTHER** philosophy with the global media platform Hypebeast.com and its contributions to today's lifestyle and fashion landscape. The show features a range of tastemakers and influencers in various fields including fashion, film, and technology. The show celebrates the visionaries who work outside mainstream formulas and break barriers in their respective fields.

Follow @i_am_OTHER  24.7K followers



### Nardwuar the Human Serviette

Vancouver-based *Nardwuar the Human Serviette* (http://www.youtube.com/playlist?list=PL2ADFA655C2FBAF96&feature=plcp), one of the most fascinating and well-respected voices in media today, brings his unique style of music journalism to the channel with exclusive interviews. He's gained the highest level of acclaim for his extensive research and his interview questions always take celebrities by surprise.



### Voice of Art

Spurred by the social awakening we're experiencing around the world, *Voice of Art* (http://www.youtube.com/playlist?list=PL0523E0B4ECC17298&feature=plcp) follows artists as they execute their own brand of activism by shining a light on their chosen social issue. Through carefully crafted events (concert, exhibition, or demonstration), these artists execute awareness campaigns to engage viewers in a global dialogue. The docu-style series is directed by ZS Grant.



### The BGR Show

*The BGR Show* (http://www.youtube.com/playlist?list=PL0C9F01227564C672&feature=plcp) is a weekly conversation hosted by tech guru Jonathan Geller, respected for his acclaimed website, bgr.com. It's our secret weapon for informing the i am OTHER community on the latest tech news. Geller will highlight new and noteworthy developments in technology from an insider's perspective.



### StereoTypes

Ever wonder what people are listening to on their headphones? Created and directed by artist/filmmaker RAE, *StereoTypes* (http://www.youtube.com/playlist?list=PL1F6565D162088465&feature=plcp) tests assumptions about musical tastes based on physical appearance. With man



on the street interviews in NYC by host
Ryan Hall, the show hits various
neighborhoods to discover how bias plays
into preconceived notions of fellow New
Yorkers.



**State of the Union**

*State of the Union
(http://www.youtube.com/playlist?
list=PLA6B3A37BE06FC64F&feature=plcp)
is an intimate report from* **i am OTHER**
*President Pharrell Williams. These short
clips share what's on his mind—everything
from his favorite snacks to fashion must-
haves. It's a side of Pharrell you rarely get
to see!*

©2012 i am OTHER entertainment, LLC. All Rights Reserved.

Follow   Join tumblr.



# i am OTHER

HOME (/)  ·  MANIFESTO (/MANIFESTO)  ·  ARTISTS (/ARTISTS)  ·  SHOWS (/SHOWS)  ·
ABOUT (/ABOUT)

## ABOUT

i am OTHER, created by Pharrell Williams, is a creative venture and way of life. We are proud to be different and believe that individuality is the new wealth. This shared philosophy flows through each pillar within the company: music, film, television, apparel, tech and multimedia. In addition to our music artists (/artists) and our YouTube (/programming) channel, the following initiatives are also part of our collective:

CONNECT:

RSS (HTTP://IAMOTHER.COM/RSS)
ARCHIVE (/ARCHIVE)
RANDOM (/RANDOM)



(http://www.bbcicecream.com/)

### Billionaire Boys Club & ICECREAM

The celebrated fashion apparel embraces the spirit of originality. The clothing is available at the flagship boutique in New York City and in a variety of upscale retail locations around the world. Designs include T-shirts, hoodies, denim, outerwear, hats, sneakers, and accessories.

bbcicecream.com
(http://www.bbcicecream.com/)



(http://www.friendswithyou.com/)

### FriendsWithYou

Everyone needs a little Magic, Luck, and Friendship™ in their lives. FriendsWithYou, a creative resource center, incorporates their distinct artistic style into a wide range of applications: fine art, large-scale installations, branding, licensing, animation and multimedia projects.

friendswithyou.com
(http://www.friendswithyou.com/)

Follow @i_am_OTHER {24.7K followers}

### Bionic Yarn



(http://www.bionicyarn.com/)

Bionic Yarn is a textile firm dedicated to developing high-performance premium yarns and fabrics made from recycled plastic bottles. They have partnered with various companies including Cole Haan, Kiehl's, Moncler, GAP and Timberland to develop eco-friendly products. Stronger Thread, Greater Good™.

bionicyarn.com
(http://www.bionicyarn.com/)



(http://www.qreamwithaq.com/)

### Qream™

There's nothing ordinary about this ultra-premium cream liqueur. Pharrell Williams, in partnership with Diageo, developed the beverage—from bottle design to culinary recipe. Qream's ethos encourages women to "live deliciously."

qreamwithaq.com
(http://www.qreamwithaq.com/)



(http://artst.com/)

### Artst Guild & Gallery

The online community where artists meet, share, and collaborate. Members upload and showcase all disciplines of art: music, paintings, architecture, and design. More than just a gallery, it's a social network for Creatives.

artst.com (http://artst.com/)



(http://www.brooklynmachineworks.com/)

### Brooklyn Machine Works

Brooklyn Machine Works are the iconic bike builders from Brooklyn. They are responsible for some of the world's most coveted bikes, which are handmade to order for a range of discerning riders.

brooklynmachineworks.com
(http://www.brooklynmachineworks.com/)

### UJAM

UJAM is a unique cloud-based music creation platform that aims to change the way tunes are crafted and experienced. By supplying technology that makes



(http://www.ujam.com/)

creating music easy and free, it also provides a rich social experience to help budding musicians get noticed.

ujam.com (http://www.ujam.com/)





(http://www.ujam.com/)

**From One Hand To Another**

From One Hand To Another is a not for profit foundation established by Pharrell Williams. FOHTA's mission is to change the world one kid at a time by giving them the tools and resources to meet their unique potential. The organization implements programs for underserved youth in at risk communities.

fohta.org (http://fohta.org/)

©2012 i am OTHER entertainment, LLC. All Rights Reserved.

# EXHIBIT C

10/2/12                    kopiaav williamkanyewest.jpg (400×253)



img121.imageshack.us/img121/5871/kopiaav williamkanyewest.jpg

# EXHIBIT D

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: _____ OR [ Jump ] to record: _____   **Record 5 out of 8**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

**Word Mark** I AM OTHER

**Goods and Services** IC 003. US 001 004 006 050 051 052. G & S: Cosmetics; facial makeup, concealers, blushers, facial powders, foundation makeup, eye makeup, eye pencils, eyebrow pencils, mascara, false eyelashes, face and body glitter, cosmetic compacts, cosmetic pencils, lipstick, lipstick cases, lipstick holders, lip gloss, lip pomades, lip pencils, makeup removers, makeup applicators in the nature of cotton swabs for cosmetic purposes, eye creams, facial cleansers, toners, facial exfoliants and scrubs, facial creams, facial moisturizers, facial lotions and non-medicated facial treatments in the nature of facial emulsions, wrinkle removing skin care preparations, nail polishes, nail polish base coat, nail polish top coat, nail strengtheners, nail hardeners, nail polish removers, nail creams, cuticle removing preparations, nail tips, and nail buffing preparations; beauty milks, skin moisturizers and skin moisturizer masks, skin conditioners, hand creams, massage oils, essential oils for personal use, talcum powder, perfumed powders, bath beads, bath crystals, bath foam, bath gels, bath oils, bath powders, bath salts, face wash, skin cleansers, skin highlighter, body scrubs, body fragrances, fragrances for personal use, body and hand lotions, body gels, shower gels, body oils, body powders, body exfoliants, body masks, body mask creams and lotions, shaving preparations, after shave lotions, shaving balm, shaving cream, shaving gel, skin abrasive preparations, non-medicated skin creams and skin lotions for relieving razor burns, non-medicated lip care preparations, lip cream, sunscreen preparations, suntanning preparations and after-sun lotions; cosmetic sun-protecting preparations; sun tan oils; self-tanning preparations, namely, self tanning milk and cream, accelerated tanning cream, self-tanning lotions, gels and sprays; non-medicated ointments for the treatment of sunburns. non-medicated toiletries; perfume, perfume oils, cologne, eau de toilette, eau de parfume, eau de cologne and toilette water; toothpaste, deodorant and antiperspirant; cosmetic soaps, perfumed soaps, liquid soaps, hand, facial and bath soaps, deodorant soaps, shaving soaps, soap powder, toilet soaps, soaps for body care, and soaps for personal use; cosmetic pads, pre-moistened cosmetic wipes, pre-moistened cosmetic tissues and towelettes; cotton sticks for cosmetic purposes; all purpose cotton swabs for personal use and cosmetic purposes; non-medicated topical skin creams, gels, toners, and lotions; topical skin sprays for cosmetic purposes;

aromatherapy creams, lotions and oils; hair care products, namely, shampoos, conditioners, mousse, gels, frosts, creams, rinses, sprays, hair color, hair waving lotion, permanent wave preparations, hair lighteners, hair dyes, hair emollients, hair mascara, hair pomades, hair color removers, hair relaxing preparations, hair styling preparations, hair removing cream, and hair care preparations; astringents for cosmetic purposes; baby wipes; disposable wipes impregnated with chemicals or compounds for personal hygiene and household use; incense; room fragrances; fragrance emitting wicks for room fragrances; sachets; sachet-like eye pillows containing fragrances; scented ceramic stones; scented linen sprays and scented room sprays; scented oils used to produce aromas when heated; scented pine cones; potpourri; aromatherapy pillows comprising potpourri in fabric containers

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640747 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) **i am OTHER** Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                                    Page 1 of 2



United States Patent and Trademark Office

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start | List At: _____ OR | Jump ] to record: _____     **Record 8 out of 8**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

**Word Mark** I AM OTHER

**Goods and Services** IC 009. US 021 023 026 036 038. G & S: Musical sound recordings; audio-visual recordings, namely, compact discs, tape cassettes, audio cassettes, audio tapes, audio discs, records, CD-ROMs, video tapes, video cassettes, video discs, DVDs, DATs, MP3s, and laser discs, all featuring music; downloadable musical sound recordings; downloadable video recordings featuring music; downloadable electronic publications in the nature of books, booklets, magazines, journals, manuals, brochures, leaflets, pamphlets and newsletters, all in the field of music, entertainment, beauty, fashion, lifestyles, home décor, the arts, culture, politics and education; electronic publications, namely, books, booklets, magazines, journals, manuals, brochures, leaflets, pamphlets and newsletters, all in the field of music, entertainment, beauty, fashion, lifestyles, home décor, the arts, culture, politics and education, all recorded on CD-ROMs, diskettes, floppy disks, video cassettes, and magnetic tapes; protective eyewear; sunglasses; eyeglasses; eyeglass frames; opera glasses; spectacles; eyeglass, sunglass and spectacle cases; eyeglass, sunglass and spectacle straps; eyeglass, sunglass and spectacle chains; eyeglass, sunglass and spectacle cleaning cloths; magnets; decorative magnets; refrigerator magnets; novelty magnets; mouse pads; compact disc cases; fitted cases for storage and transportation, namely, cases for compact discs, audio cassettes, video cassettes, CD-ROMs, home video games, home video game accessories, computers, computer accessories, cameras, camcorders and portable phones; computer carrying cases; wrist rests and supports for computer mouse users; wrist rests for computers; computer keyboard wrist pads; binoculars; magnifying glasses; signal and sport whistles; computer game software, programs, cartridges, joysticks, cassettes, discs and instruction manuals sold as a unit therewith; computerized video table games for gaming purposes; electronic game programs. interactive audio game discs containing role playing game and action games; interactive video game programs; interactive multimedia computer game program; joysticks for video games; machines for playing games of chance; video game interactive remote control units and control floor pads or mats; video game machines for use with televisions; video game output machines for use with televisions; virtual reality game software; downloadable music, ring tones, graphics, and electronic games via the Internet and

wireless devices; downloadable wireless game software; downloadable wireless entertainment, namely, ring tones, screen savers and images, and wallpaper; ring-back tones

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640753 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **i am OTHER** Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: _____   OR [ Jump ] to record: _____   **Record 4 out of 8**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry; jewelry findings; gemstone and precious stones; semi-precious stones; pearls; opals; platinum and its alloys; precious metals; charms, chokers, and pendants; lapel pins; ornamental lapel pins; pins being jewelry; body-piercing rings and studs; ear studs; ear clips; tie pins; tie clips; tie bars; tie tacks; tie fasteners; bolo ties with precious metal tips; cuff-links; shirt studs; badges of precious metal; costume jewelry; jewelry chains; jewelry pins for use on hats; hat ornaments of precious metal; holiday ornaments of precious metal; jewelry boxes and cases; key holders of precious metals; key chains of precious metal; watches; watch bracelets; watch accessories, namely, parts for watches; wristwatches; pocket watches; stop watches; watch straps and bands; watch chains and fobs; watch cases; watch boxes; clocks; alarm clocks; clocks incorporating radios; wall clocks; timepieces; boxes for timepieces; figurines, sculptures, busts, figures, statues, and statuettes, all of the foregoing of precious metal |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640758 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original** | 1B |

| | |
|---|---|
| **Filing Basis** | |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) **i am OTHER** Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*

`TESS HOME`  `NEW USER`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `BOTTOM`  `HELP`  `PREV LIST`  `CURR LIST`
`NEXT LIST`  `FIRST DOC`  `PREV DOC`  `NEXT DOC`  `LAST DOC`

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: _____ OR [ Jump ] to record: _____   **Record 7 out of 8**

`TSDR`  `ASSIGN Status`  `TTAB Status`  *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Posters; calendars; temporary tattoos; stickers; decals; bumper stickers; iron-on and plastic transfers; blank cards; gift and greeting cards; motivational cards; occasion and note cards; place, record, score and trading cards; postcards; scrapbooks; stationery; paper; note pads; paper note tablets; writing tablets; note books; folders; bookmarks; paper pennants; binders; writing paper; envelopes; address and appointment books; time planners; autograph books; guest books; ledger books; log books; desk pads; paper tags; passport cases, covers and holders; desk top and personal organizers; organizers for stationery use; stationery-type portfolios; paper flags; mounts for stamps; rubber stamps; stamp albums; stamp pad inks; stamp pads; paper clips; book markers of precious metal; money clips; sleeves for holding and protecting stamps; paper banners; holders for desk accessories; coin holders; document holders; letter clips; letter openers, racks and trays; pen and pencil cups; pens; pencils; extensions and attachments for pencils; glue and glue sticks for stationery and household use; glue for the office; markers; marker caddies; pen and pencil sets; crayons; highlighting pens and markers; erasers; drafting and drawing rulers; pencil sharpeners; bookends; book covers and holders; checkbook covers; checkbook holders; checkbook and passbook wallets; coin and photograph albums; brag books; leather book covers; bulletin boards; photographic, picture or art mounts; photographic prints; collages; photographs; lithographs; illustrations; decorative paper centerpieces and pencil-top ornaments; picture books; globes; paperweights; coasters made of paper; paper clip and sign holders; printed paper signs; clip boards; paper party favors; paper emblems; printed emblems; printed awards; paper identification tags; printed holograms. paper name badges; paper illustration boards; paper display boxes; paper flower pot covers; paper cloths for polishing and cleaning; paper handkerchiefs; hat boxes of cardboard; hat boxes of paper; tour books; printed concert programs; event programs and albums; books, magazines, leaflets, journals, newsletters, booklets, pamphlets and brochures, all of the aforesaid featuring music, entertainment, television, film, the arts, fashion, lifestyles, culture, and politics |
| **Standard** | |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640768 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **i am OTHER** Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                                            Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At:              OR [ Jump ] to record:              **Record 3 out of 8**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: All-purpose sports and athletic bags; beach, book, carry-on, duffel, gym, leather shopping, shoulder, tote and travel bags; fanny packs and waist packs; backpacks; knapsacks; purses; garment bags for travel; satchels; luggage; luggage tags; trunks; suitcases; cosmetic cases and bags sold empty; toiletry and vanity cases sold empty; tool bags sold empty; attaché cases; briefcases; briefcase-type portfolios; document cases; men's clutches; business cases; business card cases; calling and credit card cases; key cases; leather key chains; wallets; banknote holders; billfolds; umbrellas |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640776 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) **I am OTHER** Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 |

Trademark Electronic Search System (TESS)                      Page 2 of 2

|  |  |
|---|---|
|  | Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

⌈Logout⌋ Please logout when you are done to release system resources allocated for you.

⌈Start⌋ List At:          OR ⌈Jump⌋ to record:          **Record 2 out of 8**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, shirts, long-sleeved shirts, T-shirts, under shirts, night shirts, rugby shirts, polo shirts, cardigans, jerseys, scrubs not for medical purposes, smocks, pants, jeans, cargo pants, stretch pants, denim jeans, shorts, boxer shorts, tops, stretch tops, crop tops, tank tops, tankinis, sweat shirts, hooded sweat shirts, sweat jackets, sweat shorts, sweat pants, warm-up suits, track suits, sweaters, vests, fleece vests, pullovers, jackets, reversible jackets, wind-resistant jackets, shell jackets, sports jackets, jean jackets, coats, turtlenecks, swimwear, beachwear, tennis wear, layettes, infantwear, infants sleepers, booties, caps, hats, visors, headbands, wrist bands, sweat bands, headwear, ear muffs, aprons, scarves, bandanas, belts, neckwear, underwear, socks, loungewear, robes, underclothes, pajamas, sleepwear, hosiery, gloves, mittens, rain slickers, rainwear, footwear, sneakers, shoes, sandals, flip-flops, and slippers |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640784 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| | |
|---|---|
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) **i am OTHER** Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                      Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: _____ OR [ Jump ] to record: _____      **Record 1 out of 8**

[ TSDR ]   [ ASSIGN Status ]   [ TTAB Status ]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# I AM OTHER

| | |
|---|---|
| **Word Mark** | I AM OTHER |
| **Goods and Services** | IC 035. US 100 101 102. G & S: On-line ordering services and on-line retail store services, electronic retailing services via computers, and retail store services available through computer communications, all of the aforesaid featuring recorded product, music related items, clothing and accessories therefor, printed promotional matter such as posters, books, audio books, and publications, and novelty items; management of musical artists; promoting the concerts of others; promotion of live and recorded musical performances via electronic, print, audio or visual media |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640795 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) i am OTHER Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of** | Brad D. Rose |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| Record | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Sep 17 05:20:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At:              OR [ Jump ] to record:            **Record 6 out of 8**

| TSDR | ASSIGN Status | TTAB Status |  ( *Use the "Back" button of the Internet Browser to return to TESS*)

# I AM OTHER

**Word Mark** I AM OTHER

**Goods and Services** IC 041. US 100 101 107. G & S: Record production; music production; audio recording and production; videotape production; motion picture song production; production of video discs for others; recording studios; entertainment services, namely, producing musical audio and video programs; Distribution of radio and television programs featuring musical performances; and distribution of television programming featuring musical audio and video performances to broadcasters; music composition and transcription for others; song writing services; music publishing services; entertainment in the nature of live performances by a musical artist, musical group or musical band; entertainment in the nature of visual and audio performances by a musical artist, musical group and musical band; entertainment, namely, live music concerts; entertainment, namely, personal appearances by a musician, musical group or musical band; entertainment, namely, personal appearances by a television star, movie star, comedian or radio personality; entertainment services, namely, providing a web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; entertainment services, namely, providing prerecorded non-downloadable music, information in the field of music, commentary and articles about music, all online via a global computer network; production of television and radio programs; television show production; cable television show production; production of radio entertainment programs; motion picture film production; film editing; special effects animation services for film and video; entertainment in the nature of on-going television, cable television and radio programs featuring music, comedy, dramatic acts, spoken word, cartoons, animation and educational subject matters for children and young adults. television and cable television programs featuring music, drama, spoken word, comedy, cartoons, animation and educational subject matters for children and young adults; providing a variety show distributed over television, cable television, radio, satellite, audio and video media; entertainment, namely, a continuing variety, news, comedy, dramatic and musical show broadcast over television, satellite, audio and video media; theatre productions; entertainment in the nature of live traveling tours by a professional entertainer, musical group or band featuring music, drama, spoken word and comedy; educational and entertainment services, namely, providing

Trademark Electronic Search System (TESS)                                                    Page 2 of 2

motivational and educational speakers; distribution of television programs and radio programs for others; television program syndication; programming on a global computer network; distribution of television programming to cable television systems; cable television programming; television and radio programming; television scheduling; entertainment services, namely, providing an on-line computer game; providing an online computer game that may be accessed network-wide by network users; multimedia entertainment software production services; providing information online relating to computer games and computer enhancements for games; entertainment services provided via computer, namely, providing online movie and music reviews; entertainment services, namely, presenting non-downloadable ringtones, pre-recorded music, video and graphics to mobile communications devices via a global computer network and wireless networks

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85640797 |
| **Filing Date** | June 1, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **i am OTHER** Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 7 Times Square, c/o Pryor Cashman LLP New York NEW YORK 10036 |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,747<br><br>Filed:      June 1, 2012<br><br>Class:     3<br><br>Mark:     I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

      Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,747, to register I AM OTHER in Class 3 with prejudice.

                             Respectfully submitted,

Dated: _____        _____

                                        Caron Veazey
                                        General Manager, Executive Vice President

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | **EXPRESS ABANDONMENT** |
|     i am OTHER, LLC | **PURSUANT TO 37 C.F.R. §2.68** |
| Serial No:    85/640,753 | |
| Filed:    June 1, 2012 | |
| Class:    9 | |
| Mark:    I AM OTHER | |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,753, to register I AM OTHER in Class 9 with prejudice.

Respectfully submitted,

Dated: _____          _____

Caron Veazey
General Manager, Executive Vice President

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:      85/640,758<br><br>Filed:          June 1, 2012<br><br>Class:          14<br><br>Mark:        I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,758, to register I AM OTHER in Class 14 with prejudice.

                              Respectfully submitted,

Dated: _____          _____
                                                                    Caron Veazey
                                                                    General Manager, Executive Vice President

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,768<br><br>Filed:    June 1, 2012<br><br>Class:    16<br><br>Mark:    I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,768, to register I AM OTHER in Class 16 with prejudice.

                                                            Respectfully submitted,

Dated: _____

                                              _____
                                              Caron Veazey
                                              General Manager, Executive Vice President

## CERTIFICATE OF MAILING

    I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.


_____


SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,776<br><br>Filed:    June 1, 2012<br><br>Class:    18<br><br>Mark:    I AM OTHER | **EXPRESS ABANDONMENT PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,776, to register I AM OTHER in Class 18 with prejudice.

                                       Respectfully submitted,

Dated: _____               _____

                                       Caron Veazey
                                       General Manager, Executive Vice President

CERTIFICATE OF MAILING

      I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:     85/640,784<br><br>Filed:        June 1, 2012<br><br>Class:       25<br><br>Mark:       **I AM OTHER** | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

      Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,784, to register I AM OTHER in Class 25 with prejudice.

                                Respectfully submitted,

Dated: _____               _____

                                          Caron Veazey
                                        General Manager, Executive Vice President

## CERTIFICATE OF MAILING

     I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,795<br><br>Filed:    June 1, 2012<br><br>Class:    35<br><br>Mark:    I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number 85/640,795, to register I AM OTHER in Class 35 with prejudice.

Respectfully submitted,

Dated: _____

_____
Caron Veazey
General Manager, Executive Vice President

<u>CERTIFICATE OF MAILING</u>

     I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,797<br><br>Filed:    June 1, 2012<br><br>Class:    41<br><br>Mark:    I AM OTHER | **EXPRESS ABANDONMENT**<br>**PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,797, to register I AM OTHER in Class 41 with prejudice.

                              Respectfully submitted,

Dated: _____             _____

                                          Caron Veazey
                                        General Manager, Executive Vice President

<u>CERTIFICATE OF MAILING</u>

     I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br> i am OTHER, LLC<br><br>Serial No:     85/640,747<br><br>Filed:         June 1, 2012<br><br>Class:         3<br><br>Mark:          I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

     Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,747, to register I AM OTHER in Class 3 with prejudice.

                                                   Respectfully submitted,

Dated: _____          _____
                                        Caron Veazey
                                        General Manager, Executive Vice President

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>  i am OTHER, LLC<br><br>Serial No:  85/640,753<br><br>Filed:   June 1, 2012<br><br>Class:   9<br><br>Mark:   I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

  Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,753, to register I AM OTHER in Class 9 with prejudice.

              Respectfully submitted,

Dated: _____     _____

                  Caron Veazey
                  General Manager, Executive Vice President

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,758<br><br>Filed:    June 1, 2012<br><br>Class:    14<br><br>Mark:    I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,758, to register I AM OTHER in Class 14 with prejudice.

                                      Respectfully submitted,

Dated: _____         _____

                                        Caron Veazey
                                        General Manager, Executive Vice President

CERTIFICATE OF MAILING

     I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>   i am OTHER, LLC<br><br>Serial No:      85/640,768<br><br>Filed:          June 1, 2012<br><br>Class:          16<br><br>Mark:      I AM OTHER | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,768, to register I AM OTHER in Class 16 with prejudice.

Respectfully submitted,

Dated: _____            _____

Caron Veazey
General Manager, Executive Vice President

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In re Application of: | **EXPRESS ABANDONMENT PURSUANT TO 37 C.F.R. §2.68** |
|---|---|
| i am OTHER, LLC | |
| Serial No:    85/640,776 | |
| Filed:          June 1, 2012 | |
| Class:          18 | |
| Mark:          I AM OTHER | |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

     Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number 85/640,776, to register I AM OTHER in Class 18 with prejudice.

                        Respectfully submitted,

Dated: _____        _____

                        Caron Veazey
                        General Manager, Executive Vice President

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,784<br><br>Filed:    June 1, 2012<br><br>Class:    25<br><br>Mark:    I AM OTHER | **EXPRESS ABANDONMENT**<br>**PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,784, to register I AM OTHER in Class 25 with prejudice.

                Respectfully submitted,

Dated: _____       _____

                                         Caron Veazey
                                         General Manager, Executive Vice President

CERTIFICATE OF MAILING

     I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,795<br><br>Filed:    June 1, 2012<br><br>Class:    35<br><br>Mark:    **I AM OTHER** | **EXPRESS ABANDONMENT<br>PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number 85/640,795, to register I AM OTHER in Class 35 with prejudice.

                                  Respectfully submitted,

Dated: _____       _____

                                     Caron Veazey
                                     General Manager, Executive Vice President

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

Docket No.: 29WV-165530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    i am OTHER, LLC<br><br>Serial No:    85/640,797<br><br>Filed:    June 1, 2012<br><br>Class:    41<br><br>Mark:    I AM OTHER | **EXPRESS ABANDONMENT PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant i am OTHER, LLC expressly abandons this application, bearing Serial Number

85/640,797, to register I AM OTHER in Class 41 with prejudice.

                   Respectfully submitted,

Dated: _____       _____

                                      Caron Veazey
                                      General Manager, Executive Vice President

CERTIFICATE OF MAILING

     I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on this _____ day of _____, 2012.

_____

SMRH:406732080.1

# EXHIBIT 4



# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**Brad D. Rose**
Partner

Direct Tel: 212-326-0875
Direct Fax: 212-798-6369
brose@pryorcashman.com

December 12, 2012

*VIA EMAIL jpietrini@sheppardmullin.com*
*& CERTIFIED MAIL R.R.R.*
Jill Pietrini, Esq.
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

Re:     **i am Other Entertainment LLC's Right to Use the I AM OTHER Mark**

Dear Ms. Pietrini:

     This firm represents i am Other Entertainment LLC ("i am Other").[1] i am Other was formed by Pharrell Williams, the internationally renown, Grammy award winning musician, songwriter and producer who has collaborated with dozens of entertainers including Justin Timberlake, Jay-Z, Snoop Dogg, Ludacris, Miley Cirus and Usher to name just a few.  We are in receipt of your letter of December 4, 2012, sent on behalf of William Adams ("Adams"), concerning i am Other's applications to register the I AM OTHER mark in connection with a variety of goods and services.  As discussed in further detail below, your assertion that consumer confusion is likely wholly lacks merit.

     As an initial matter, your letter makes passing references to Adams' trademark registrations for WILL.I.AM.  Is it your position that the I AM OTHER mark is confusingly similar to the WILL.I.AM mark?  Without doubt, the marks are distinguishable in sight, sound, meaning and commercial impression.  The WILL formative is the dominant feature of Adams' mark both visually and phonetically -- a letter string that is not included in our clients mark.  Moreover, the marks have entirely different meanings.  Adams' mark is a play on his given name.  The WILL.I.AM mark means "I am Will" and it is suggestive of Dr. Seuss's famous lines from *Green Eggs and Ham*:

               Sam I am
               I am Sam
               I am Sam
               Sam I am

---

[1] Please note that United Entertainment Group is not affiliated in any way with "i am OTHER", and any press reports upon which you rely are wholly inaccurate.

**PRYOR CASHMAN LLP**

Jill Pietrini, Esq.

In contrast, the I AM OTHER mark means "I am something else", leaving what that "else" is to the imagination of the consumer. It certainly does not mean "I am Will" or in any way suggest your client or his mark. The inclusion of the respective terms WILL and OTHER, as well as the location of I AM in each mark, evoke considerably different commercial impressions making consumer confusion unlikely.

Significantly, with respect to Adams' I AM mark, your assertions are contrary to representations your firm has made to the U.S. Patent and Trademark Office. In particular, Adams has received a final refusal to register the I AM mark, Serial No. 85/044,494, in connection with Class 3 goods based upon a likelihood of confusion with I AM, Reg. No. 2,045,626 for Class 3 perfume. In the office action response, your firm argued that the marks create different commercial impressions because:

> Registrant uses her I AM mark in the manner of an incomplete phrase (e.g. I am...) ... In contrast, Applicant's I AM mark is an extension of Applicant's nickname "will.i.am" and related celebrity persona. Applicant will use his I AM mark in the manner common to celebrity endorsement and in connection with a variety of cosmetic goods (not just on labels). Thus, Applicant submits that the marks create different commercial impressions in the marketplace when the respective owners and goods are considered.

How can Adams' I AM mark co-exist with an identical mark for the same Class 3 goods yet somehow consumer confusion will arise if our client uses I AM OTHER for the goods and services set forth in the I AM OTHER applications? Like the assertions your firm made to the PTO, here, the I AM OTHER mark is used in association with Pharrell Williams' celebrity persona. Certainly, the fans of will.i.am know that the celebrities are two different entertainers. As noted in your firm's office action response, "consumers of perfume, particularly high-end perfumes ... are highly sophisticated and very particular about the source of the perfume." (citations omitted) Also, as stated in the office action response, "there are currently more than 30 co-existing registered marks in Class 3 that feature the words I AM". *See* Ex. B attached to Adams' office action response. Your colleague astutely continues "[s]uch third party marks suggest that consumers of cosmetics and perfume related goods are accustomed to differentiating among many marks that use the words I AM – in particular, marks that use I AM as part of a longer phrase in the same manner as Registrant." (citations omitted).

This argument is applicable here. The widespread use of the terms I AM in Classes 3, 9, 14, 16, 18, 35 and 41 makes clear that consumers, especially sophisticated ones like the purchasers of perfume, understand that the phrase is commonly used in connection with these types of goods and services. Consumers therefore look to other facts to ascertain the source of the services, including the celebrity persona of Adams and Pharrell (as noted in the office action response "potential consumers of [Adams'] products will be very familiar with [Adams]"). Given that our client uses I AM "as part of a longer phrase", consumer confusion is unlikely under the analysis your firm provided to the PTO. Thus, the phrase I AM is diluted on the Principal Register and Adams cannot meet the standard for either confusion or dilution.

As for Class 25, Adams' I AM registration is entitled to a narrow scope of protection because it is comprised entirely of a commonly used phrase in the music and entertainment industry. The trademark records and a simple Internet search demonstrate that your client's registration for I AM has not permitted Adams to

1199677v1

# PRYOR CASHMAN LLP

Jill Pietrini, Esq.

preempt all others from using "I AM", especially where, as here, it is used in conjunction with additional terms that create different commercial impressions. Indeed, the phrase "I AM" is so pervasive in the music industry that it is non-distinctive when standing alone. We are confident that a federal court will consider the extent of third party use of the phrase "I AM" by musicians and determine that Adams' mark is relatively weak within the entertainment industry. For example, a query for "I+am" on <allmusic.com> produces 133 artists that are using, or have used, the phrase I AM as the name of a musical group. A search on <artistdirect.com> generates additional results. Examples include: I Am Kloot, I Am The, I Am, I am Arrows, I Am Empire, Therefore I Am, I Am Robot and Proud, I Am I, I Am Ghost, I Am Oak, I Am War, I Am Virgin, I Am the Avalanche, I Am the Pilot, I Am Revenge, I Am Jen, I Am I See, I Am Sac, I Am The, I Am The Branch, I Am The Heat, I Am 7 and I Am X. Thus, I AM is diluted in the music industry and Adams cannot preclude all others from using the phrase.

Likewise, we are certain that the Trademark Trial and Appeal Board will limit Adams' registration to the identified goods and consider the extent of third party marks on the Register that include the term I AM for clothing and within this context determine that Adams' mark is relatively weak. For example, the following U.S. trademark registrations incorporate the phrase I AM in Class 25, many of which predate your client's first use in commerce date:

- I AM LOVED, Reg. No. 1,195,267, registered in 1982, renewed in 2012

- I AM A MONSTER, Reg. No. 1,414,284, registered in 1986, renewed in 2006

- I AM AMERICAN, Reg. No. 2,356,484, registered in 2000, renewed in 2010

- I AM & Design, Reg. No. 3,819,155, registered on July 13, 2010

- I AM & Design, Reg. No. 4,199,049, registered on August 28, 2012

- BLACK I AM, Reg. No. 4,231,070, registered on October 23, 2012

- AS I AM, Reg. No. 4,145,201, registered on May 22, 2012

- I.AM.HER, Reg. No. 4,145,070, registered on May 22, 2012

- I AM A PROMISE, Reg. No. 2,355,393, registered on May 24, 2010

- I AM ART, Reg. No. 3,371,385, registered on January 22, 2008

- I AM INSPIRED, Reg. No. 3,350,928, registered on December 11, 2007

- I AM SOCCER, Reg. No. 3,541,607, registered on December 2, 2008

- TODAY I AM, Reg. No. 3,747,407, registered on February 9, 2010

- I AM RIGHT, Reg. No. 3,619,235, registered on May 12, 2009

**PRYOR CASHMAN LLP**

Jill Pietrini, Esq.

These are just a few examples of the scores of third party registrations for I AM formative marks co-existing in Class 25 on the Principal Register. In view of these registrations, the Board will narrowly construe any rights your client may have in the wording I AM and conclude that the substantial differences in sight, sound, and connotation make consumer confusion unlikely.

For these reasons, your client cannot seriously contend that an appreciable number of consumers who encounter the I AM OTHER mark on cosmetics or sunglasses or jewelry or printed publications or athletic bags or any of the other goods and services identified in our client's applications would be confused into thinking that Adams is the source. In short, your client's trademark infringement claims are likely to fail on several independent grounds both before a federal court and the Trademark Trial and Appeal Board. Accordingly, the demands set forth in your December 4, 2012 letter are completely unjustified.

If we do not receive your assurance by **December 18, 2012** that Adams will not be challenging our client's use or registration of the I AM OTHER marks, we will take all necessary measures to protect our client's rights.

No statement in this letter should be construed as a waiver of any rights, claims or defenses that i am Other Entertainment LLC may assert in the future. Any such rights, claims and defenses are hereby expressly reserved.

Very truly yours,

Brad D. Rose

BDR:ld

1199677v1

# EXHIBIT 5

Docket No. 40207-030-040

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In re Application of: |
| --- |
| William Adams |
| Serial No:    85/044,494 |
| Filed:    May 21, 2010 |
| Class:    3 |
| Mark:    I AM |

Examining Attorney

Timothy J. Finnegan

Law Office:  104

**REQUEST FOR RECONSIDERATION**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451

Dear Commissioner:

In response to the final Office Action of June 14, 2011, Applicant responds as follows:

## REMARKS

1. **THERE IS NO LIKELIHOOD OF CONFUSION WITH THE CITED REGISTRATION**

The Examining Attorney has issued a final refusal to register Applicant's trademark I AM in Class 3 for various cosmetics ("Applicant's Mark") on the basis of a likelihood of confusion with the mark shown in Registration No. 2,045,626 for I AM in Class 3 for "perfume" owned by an individual named Danica Siegel (the "Cited Mark").  The Examining Attorney's refusal centers on two factors:  the similarity of the marks and similarity of the goods.  Applicant respectfully requests reconsideration of the Examining Attorney's refusal to register and provides the following argument in support of his position.

A.   **The Marks Create Different Commercial Impressions**

Although the Examining Attorney contends that the marks are identical in commercial impression, Applicant respectfully points out that the respective goods and manners of use of the marks in question lead to distinctive commercial impressions.  Registrant uses her I AM mark in the manner of an incomplete phrase (e.g. I am ...) as shown on the website which promotes her I



**12-19-2011**

U S Patent & TMOfc/TM Mail Rcpt Dt #72

AM perfume. For example, the labels on Registrant's perfume products feature phrases such as I AM WILD, I AM LOVE or I AM NAKED. Copies of Registrant's website are attached hereto as **Exhibit A**. Thus, the meanings of the respective marks are different. In contrast, Applicant's I AM mark is an extension of Applicant's nickname "will.i.am" and related celebrity persona. Applicant will use his I AM mark in the manner common to celebrity endorsement and in connection with a variety of cosmetic goods (not just on labels). Thus, Applicant submits that the marks create different commercial impressions in the marketplace when the respective owners and goods are considered.

**B.    The Marketing Methods and Trade Channels Are Not Related**

In any case, simply because the word portions of two marks are identical does not automatically mean the marks are likely to confuse consumers: "if the goods or services in questions are not related or marketed in such a way that they would be encountered by the same persons in situations that would create the incorrect assumption that they originate from the same source, then, even if the marks are identical, confusion is not likely". TMEP § 1207.01(a)(i).

As described in Applicant's March 9, 2011 Office Action Response, the Cited Mark is used in connection with a perfume found in luxury spas and hotels. Applicant's Mark, in contrast, will be used in connection with a wide variety of cosmetics marketed to fashion, art and music fans, including fans of Applicant, the celebrity will.i.am and front man of The Black Eyed Peas musical group. In addition to the arguments previously presented, Applicant wishes to point out that consumers of perfume, particularly high-end perfumes (such as those offered by Registrant) are highly sophisticated and very particular about the source of perfume. *See, e.g., Astra Pharmaceutical Prods., Inc. v. Beckman Instruments, Inc.*, 718 F.2d 1201, 1206 (1st Cir. 1983) (finding identical marks used in connection with different products directed to highly informed purchasers even at same location not confusingly similar.)

Finally, Applicant points out that there are currently more than 30 co-existing registered marks in Class 3 that feature the words I AM. Attached as **Exhibit B** is a printout from TESS showing the number of third party registrations in Class 3 incorporating the words I AM. Such third party marks suggest that consumers of cosmetic and perfume related goods are accustomed

2

to differentiating among many marks that use the words I AM – in particular, marks that use I AM as part of a longer phrase in the same manner as Registrant.  *Compare Glow Industries, Inc. v. Lopez*,  252 F. Supp.2d 962 (C.D. Cal. 2002) (widespread third party use of the term GLOW for cosmetics and personal care products indicated that senior user's GLOW mark was conceptually weak and not likely to be confusing with defendant's GLOW-derivative mark).  In contrast with Registrant's mark, because Applicant's I AM mark derives from the name will.i.am, the relevant consumers are not likely to be confused.  Moreover, potential consumers of Applicant's products will be very familiar with Applicant.  In short, the conditions surrounding the marketing of the products at issue suggest that customers will easily differentiate between a perfume labeled with the phrase I AM NAKED offered at a Ritz Carlton spa by Registrant and an I AM line of cosmetics offered by a pop culture icon such as will.i.am.

In light of the foregoing in addition to the prior arguments and evidence presented in Applicant's March 9, 2011 Office Action Response, Applicant respectfully requests that the Examining Attorney's refusal to register be withdrawn and that Applicant's Mark be allowed to proceed to publication.  Alternatively, Applicant has also filed a Notice of Appeal under separate cover in response to the Final Office Action.

Respectfully submitted,

Dated:  December 14, 2011

Shannon King
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
(310) 228-3700

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451, on this 14th day of December, 2011.

LaVina A. Martin

300717185.1

3

# Exhibit A



online store    my account

search

**passion.**

naughty.

**wild.**

**love.**

rich.

hot

balance.

real.

**peace.**

blessed.

**naked.**

**magic.**

**spirit.**

**me.**

energy.

home

about

news & press

contact us

stores

testimonials

online store



Welcome to the future of fragrance. Welcome to I am.

Express yourself - your style, your goals, your dreams and ideals -
with the affirming fragrances of I am. By combining the ancient
art of aromatherapy with the new science of aromachology, I am
is an updated fragrance concept using scent as a path to personal
transformation and empowerment.

I am imbues each perfume application with the power of positive
thought. Use your chosen scent as a fragrant tool for improving
your overall good health and well-being. The benefits may be
profound.

The I am fragrance concept is designed with the whole person in
mind. By using perfume to trigger affirmations, your potential for
love and happiness is unlimited.

Embrace fragrance as an emotional cosmetic. Inhale deeply,
concentrate, believe in yourself.

Cogito, ergo sum. "I think, therefore I am."
—Descartes

Exhibit B

Record List Display                                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 13 04:35:51 EST 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP

Logout   *Please logout when you are done to release system resources allocated for you.*

Start   List At:          OR   Jump   to record:     ### 35 Records(s) found (This page: 1 ~ 35)

Refine Search  "i am"[bi] and 003[ic] and `rd > 19500000     Submit

Current Search: S4: `i am"[bi] and 003[ic] and `rd > 19500000 docs: 35 occ: 111

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 85029131 | 3999352 | AS I AM BEAUTIFUL COILS AND CURLS NATURALLY | TARR | LIVE |
| 2 | 79048135 | 3534333 | I'M ISOLA MARRAS | TARR | LIVE |
| 3 | 79037055 | 3325021 | I'M GOING | TARR | LIVE |
| 4 | 78520791 | 3028741 | I'M TOO SEXY FOR THE SUN | TARR | LIVE |
| 5 | 78538527 | 3169735 | I'M WHIPPED | TARR | LIVE |
| 6 | 78706413 | 3254946 | I'M COOL | TARR | LIVE |
| 7 | 78690299 | 3120548 | I AM BEAUTIFUL BEYOND DIVINE | TARR | LIVE |
| 8 | 78638214 | 3149998 | BECAUSE I AM | TARR | LIVE |
| 9 | 78634245 | 3326201 | I'M NOT HERE, I'M REALLY | TARR | LIVE |
| 10 | 78337048 | 2990494 | I'MPERFECT | TARR | LIVE |
| 11 | 78442888 | 3047026 | BABY I'M AMAZED | TARR | LIVE |
| 12 | 77883734 | 3971381 | THANK GOD I'M NATURAL | TARR | LIVE |
| 13 | 77815191 | 3951649 | AS I AM | TARR | LIVE |
| 14 | 77978669 | 3765420 | IM GIRL | TARR | LIVE |
| 15 | 77976485 | 3584481 | I AM KING SEAN JOHN | TARR | LIVE |
| 16 | 77976479 | 3584479 | I AM KING | TARR | LIVE |
| 17 | 77954677 | 3860651 | TAYA I AM. | TARR | LIVE |
| 18 | 77707748 | 3794615 | I AM KING OF THE NIGHT SEAN JOHN | TARR | LIVE |
| 19 | 77193855 | 4038766 | I'M A QUEEN | TARR | LIVE |
| 20 | 77440964 | 3962139 | IAMPUR | TARR | LIVE |
| 21 | 77370526 | 3785293 | I AM KING | TARR | LIVE |
| 22 | 77368603 | 3785290 | I AM KING SEAN JOHN | TARR | LIVE |
| 23 | 77242594 | 3481844 | SPA SUCRERIES. DON'T EAT ME, I'M SOAP! | TARR | LIVE |
| 24 | 77239173 | 3541191 | I'M TWISTED | TARR | LIVE |
| 25 | 77239153 | 3541190 | I'M IN CONTROL | TARR | LIVE |

Record List Display

| 26 | 77239126 | 3538074 | I'M FLEXIBLE | | TARR | LIVE |
|----|----------|---------|--------------|---|------|------|
| 27 | 77231047 | 3680375 | "I'M HAPPY HERE!" | | TARR | LIVE |
| 28 | 76135780 | 2729825 | I AM MAD | | TARR | LIVE |
| 29 | 75489651 | 2281058 | BECAUSE I'M WORTH IT | | TARR | DEAD |
| 30 | 75323358 | 2162182 | I'M GONNA HAVE AN AVIANCE NIGHT! | | TARR | DEAD |
| 31 | 75023790 | 2045626 | I AM | | TARR | LIVE |
| 32 | 73026057 | 1036015 | BECAUSE I'M WORTH IT | | TARR | DEAD |
| 33 | 81025048 | 1025048 | I AM WOMAN | | TARR | DEAD |
| 34 | 72295000 | 0861142 | I AM LOVED | | TARR | DEAD |
| 35 | 72294999 | 0861123 | I AM LOVED | | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 6

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
310.228.3700 main
310.228.3701 main fax
www.sheppardmullin.com

December 28, 2012

Client-Matter:  29WV-165530

Brad D. Rose, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
E-mail: brose@pryorcashman.com

**VIA E-MAIL AND FEDEX**

Re:   **Infringement of William Adams' I AM Trademark**

Dear Brad:

This letter responds to your correspondence of December 12, 2012 and is further to our telephone conversation on December 18, 2012.

We disagree with your assertion that Pharrell Williams has the right to use and register I AM OTHER for the reasons stated in our December 4, 2012 letter and in our call, which include the following.

First, Will Adams owns and is continuing to develop a family of I AM marks. He has invested considerable time and money in building his family of I AM marks and it is incumbent upon him to enforce his rights. In addition to Mr. Adams' I AM mark, Mr. Adams uses and/or is seeking registration of other I AM formative marks, including but not limited to, I AM AUTO, I AM ANGEL, I AM SCHOLARSHIP, I AM HOME, I AM COLLEGE TRACK, I AM FIRST, I AM BOYLE HEIGHTS CENTER, I AM PLUS, I AM+, I AM+ & Design, and I AM S.T.E.A.M. Printouts from Mr. Adams' i.am.angel Foundation website at <www.iamangelfoundation.org> reflecting the use of some of these marks are attached as **Exhibit A**. A printout from a celebrity news site regarding Mr. Adams' launch of I AM AUTO at www.popcrush.com is attached as **Exhibit B**. Any argument that there is no likelihood of confusion between WILL.I.AM and I AM OTHER is both incorrect and does not fully address the issue, given Mr. Adams' rights in his I AM family of marks.

Second, your singular focus on the issue of likelihood of source confusion between Mr. Adams' and Mr. William's respective marks misses the greater issue, namely, the broader danger that relevant consumers will likely believe that Mr. Williams is somehow associated with, connected to or approved by Mr. Adams through use of the I AM OTHER mark. In this regard, Section 43(a)(1) of the Lanham Act provides:

**SheppardMullin**

Brad D. Rose, Esq.
December 28, 2012
Page 2

(1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, . . . which —

(A) is likely to cause confusion, or to cause mistake, or to deceive as to the **affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval** of his or her goods, services, or commercial activities by another person, . . . shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

15 U.S.C. § 1125(a)(1) (emphasis added.)  Section 2(a) of the Lanham Act further provides:

No trademark by which the goods of the applicant may be distinguished from the goods of others shall be refused registration on the principal register on account of its nature unless it--

(a) Consists of . . . matter which may disparage or **falsely suggest a connection with persons**, living or dead, . . .

15 U.S.C. §1052 (emphasis added.)

Both the likelihood of confusion and association are great because of the prior collaboration between Mr. Adams and Mr. Williams, the fact that they are both musicians and the fact that they have even performed the same type of music together.  Given Mr. Adams and Mr. Williams' past collaboration, it is very likely that consumers will believe that the two are also collaborating on the I AM OTHER project.

Third, any citation of third party I AM formative registrations for cosmetics and clothing as alleged evidence that Mr. Adams' mark is somehow weak is unpersuasive because none of the registrants are well known as musicians in the entertainment industry.  Your citation of other musicians using I AM formative marks is equally unpersuasive because none of these musicians have collaborated with Mr. Adams the way Mr. Williams has, and none of them appear to have the visibility and recognition in the entertainment industry, the way Mr. Williams has.  Mr. Williams cannot avoid liability by pointing to other uses of I AM.  As a court succinctly put it, "[a] trademark owner is not bound to take on more than one infringer at a time".  *Cuban Cigar Brands N. V. v. Upmann Int'l, Inc.*, 457 F. Supp. 1090, 1097, n.28 (S.D.N.Y. 1978), *aff'd without op.*, 607 F.2d 995 (2d Cir. 1979) (in the context of laches); *Playboy Enterprises, Inc. v. Chuckleberry Publishing, Inc.*, 486 F. Supp. 414, 422-23 (S.D.N.Y. 1980), *aff'd*, 687 F.2d 563 (2d Cir. 1982) ("A trademark owner is not obligated to "police every conceivable related use. . . in order to protect a definable area of primary importance.").

**SheppardMullin**

Brad D. Rose, Esq.
December 28, 2012
Page 3

    Having said that, as I stated in our call we believe that there is a way to resolve this dispute amicably. We viewed Mr. Williams' video for his I AM OTHER project and it appears that the focus of Mr. Williams's project is the word OTHER and he often uses the phrase BE OTHER in the video. Mr. Williams' use of BE OTHER would not be objectionable to Mr. Adams, and a transition period to the modified trademark would be agreed to by Mr. Williams. Indeed, a focus on this phrase, as opposed to I AM OTHER, would help uniquely identify Mr. Williams, instead of suggesting an association with Mr. Adams. We encourage you to explore this option with your client.

    Finally, the deadline to oppose Mr. Adams' I AM OTHER applications is currently set for January 16, 2013. You stated that you would consent to a 60-day extension assuming that the Trademark Trial and Appeal Board would allow such an extension. We confirm that the Board's rules do provide for a one-time further 60-day extension. We will proceed to file those extensions based on our conversation of December 18, 2012. In the meantime, we look forward to hearing from you after you have had an opportunity to review this letter and discuss with Mr. Williams, so that we can hopefully come to a mutually satisfactory resolution of this matter.

                                    Very truly yours,

                                    Jill M. Pietrini
                                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

cc:     Kenneth Hertz, Esq.
        Rachel Rosoff, Esq.
        Kristin Wenning
        Robert Walsh

SMRH:407701310.1

# EXHIBIT A





# I.Am Home

The mission of the i.am home program is to address the foreclosure crisis head on, help more individuals remain in their homes and create a road map to successful, long-term debt management and home-ownership. The program offers at risk homeowners financial assistance, debt counseling and financial literacy eduction.

# EXHIBIT B



## WILL.I.AM PARTNERS WITH CHRYSLER TO BUILD IAMAUTO CAR

by Trent Fitzgerald January 5, 2012



NBC

Musician will i am is getting in the driver's seat for his new project that he hopes will create job growth in his native East Los Angeles hometown. The Black Eyed Peas frontman announced on 'The Tonight Show with Jay Leno' Wednesday (Jan. 4) that he has teamed up with Chrysler to develop his own car company.

According to Rap-Up, the all-white vehicle is called IAMAUTO and it was co-designed with Chrysler parts so it would pass safety and emissions standards. The car also comes equipped with a Beats by Dr. Dre sound system, so you can blast 'I Gotta Feeling' as loud as you want.

"I'm a big technology freak and a geek and I invested my money in building my own vehicle 'cause I want to bring jobs to the ghetto that I come from," will.i.am told Leno. "I invested in making a demo to start the Black Eyed Peas, now I want to invest to have a car company in the neighborhood where I come from."

In our opinion, the IAMAUTO looks like a pimped-out Trans Am. Nevertheless, we are happy that will.i.am is trying to create job opportunities in the neighborhood where he grew up. We wish him the best of luck in his endeavors.

Don't worry, will.i.am is not quitting music altogether. The Grammy-winning rapper and producer is dropping his first solo album '#willpower' later this year.

### Watch Will.i.am's Car Announcement on 'The Tonight Show With Jay Leno'



| 10 Fake Celebrities | Top 5 Old Cartoons That Deserved a Movie | Female Stars Who Died Before Their Time | 10 Films With Terrible Endings | Celebrities Who've Aged Terribly | 5 Great and Underappreciated Action Movies |

| Celebs You Thought Were Dead But Aren't | 15 Things You Probably Didn't | Unfortunate Kristen Stewart Photos Leaked | 10 Ridiculed Action Flicks | See What Taylor Swift Looks Like Without Makeup | Top 10 X-Men Movie Franchise Moments So Far |

Will.i.am Partners With Chrysler to Build IAMAUTO Car                    Page 2 of 2

Know About          You Secretly
Star Trek            Love

EXHIBIT 7



# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806          www.pryorcashman.com

**Brad D. Rose**
Partner

Direct Tel: 212-326-0875
Direct Fax: 212-798-6369
brose@pryorcashman.com

January 15, 2013

*VIA EMAIL jpietrini@sheppardmullin.com*

Jill Pietrini, Esq.
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

Re:   <u>Weakness of William Adams' Marks</u>

Dear Jill:

I write in response to your letter of December 28, 2012. We disagree with the assertions in your letter for the reasons detailed below. Simply put, William Adams neither owns a family of marks nor has the right to exclude others from using the I AM formative.

That Adams has invested time and money in developing marks that include I AM does not bestow upon him a protectable family of marks. As you know, to establish a family of marks either before the Trademark Trial and Appeal Board (the "Board") or in federal court, Adams would need to prove that (1) prior to Pharrell Williams' use of the I AM OTHER mark, Adams' "family of marks were used and promoted together in such a manner as to create public recognition coupled with an association of common origin predicated upon the family feature;" and (2) "that the family feature is distinctive (i.e. not descriptive, so highly suggestive or so commonly used that it cannot function as a distinguishing characteristic of the party's mark)." *Christian Broadcasting Network, Inc. v. ABS-CBN Int'l*, 84 U.S.P.Q.2d 1560, 1566 (T.T.A.B. 2007) (finding no family of marks); *see also Pfizer Inc. v. Astra Pharm. Prod., Inc.*, 8 F. Supp. 1305 (S.D.N.Y. 1994) (finding no family of marks). We strongly believe that Adams cannot meet this standard.

First, Adams does not use the purported family of marks in such a manner as to create public recognition predicated on the I AM feature. For example, while Adams' <iamangelfoundation.org> displays several of Adams' marks, that website Internet traffic does not support a finding of public recognition of the family. Over the past three months the domain has reached approximately 0.000019% of Internet users worldwide and accounts for approximately 0.00000044% of global page views. The I Am Angel Foundation Facebook page does not even market and promote the marks together (and it only

# PRYOR CASHMAN LLP

Jill Pietrini, Esq.

has 841 "likes"). All of Adams' other websites relating to his supposed family of marks also garner minimal Internet traffic and do not market and promote the marks as a source-identifying family of marks – indeed none of these websites even display the I AM mark. We are equally confident that a consumer survey will firmly establish that the I AM mark itself does not enjoy secondary meaning to serve as the base mark of a purported "family".

   The marks that you purport comprise this so-called "family" cannot establish the public recognition necessary to support Adams' theory. In particular:

- I AM AUTO: This designation seems to be a failed attempt by Adams to create a car company and there does not appear to be evidence of actual trademark use. We understand that Adams designed a custom-made DeLorean automobile for himself and coined the car "I Am Auto." While he has received some media attention for the "launch" of a car company, we have found no evidence that such company exists. Instead, the bulk of the articles about I AM AUTO relate to the impoundment of the car, an accident involving the car and the theft of the car. None of these activities support a finding of trademark use, let alone contribute to Adam's family of marks theory.

- I AM PLUS (I.AM+ or I AM+ & Design): It appears that Adams only uses these marks in the United Kingdom. Adams cannot rely upon any of these marks to establish a family because they were not in use in commerce prior to Williams' use of I AM OTHER.

- I.AM SCHOLARSHIP: We understand that Adams has provided financial assistance to a few students for post-secondary education. We further understand that he has partnered with other organizations to lend financial aid, but those initiatives seem to be spearheaded by Oprah, Scholarship America and College Track. We believe it will be difficult for Adams to establish any public recognition of the I.AM SCHOLARSHIP mark independent of these other organizations. The Facebook page for I.Am Scholarship features just 4 "likes" and its Twitter account displays only 1 tweet and has only 45 followers.

- I.AM COLLEGE TRACK and I.AM FIRST: Adams has adopted the name of its not-for-profit partner College Track to create a derivative mark. Any consumer recognition of the COLLEGE TRACK mark cannot be attributed to Adams. Similarly, Adams has adopted Dean Kamen's FIRST mark to create I.AM FIRST. Kamen uses the FIRST mark to identify an after school program for K-12 children. Like I. AM COLLEGE TRACK, any consumer recognition of the I.AM FIRST mark would be attributed to Kamen. At best, any public recognition is jointly shared between Adams and his partners. Because Adams is not the sole source identifier for either I.AM COLLEGE TRACK or I.AM FIRST, these marks cannot be included in the purported family of marks.

# PRYOR CASHMAN LLP

Jill Pietrini, Esq.

- I.AM S.T.E.A.M.:  Adams has partnered with NASA and Discovery Education to create an educational program.  Any trademark rights garnered from this use will be shared amongst the partners.

- I.AM BOYLE HEIGHTS: Our research indicates that this program seeks to transform the Boyle Heights community by offering programs to low-income students.  While Adams may have developed common law rights, any such rights would be limited to California.  In addition, there are no trademark rights in the title of the Adams' produced documentary *I Am Boyle Heights*.  Thus, this mark does not support a finding of a family of marks.

- I.AM HOME: This mark is extremely weak and diluted in the marketplace.  An Internet search of "I Am Home" reveals dozens of goods and services including a recently released digital album by a musical group called The New Complainers as well as not-for-profit organizations unrelated to Adams.

For these reasons, we believe these "marks" are either non-existent, jointly shared with others and/or are relatively unknown.  Clearly, Adams cannot meet the first requirement for the family of marks standard.

With respect to the second requirement, as detailed in our letter of December 12, we strongly believe that both a court and the Board would conclude that the I AM formative is not distinctive and cannot function as a distinguishing characteristic of Adams' mark.  Inexplicably, you have ignored the evidence that your firm presented to the PTO that Adams' I AM mark can co-exist with another I AM mark for identical goods.  You also ignore the hundreds of co-existing uses of the I AM formative in the relevant classes (*see* Exhibit 1 attached), as well as use of I AM by scores of musicians (*see* Exhibit 2 attached).

That our clients are both musicians supports our position that confusion is not likely, not yours.  The marks are marketed and promoted in close association with their respective celebrity personas.  As your firm stated in the office action response, the marks create different commercial impressions in the marketplace when the respective owners and goods are considered.  Moreover, the marks appear differently in commerce.  Your client includes periods between I and Am – i.am – Williams does not.  In addition, use of the terms I AM in Adams' design mark is in stark contrast to use of the words by Williams:

          

For these reasons, we are confident that Williams will prevail either before the Board or in federal court.  Adams cannot exclude others from using I AM simply because he is a celebrity.

1204195v1

**PRYOR CASHMAN LLP**

Jill Pietrini, Esq.


We continue to prefer to resolve this matter amicably, but Williams will not abandon his use of the I AM OTHER mark.  Given the differences in the appearance of the marks and the extensive co-existence of I AM marks in connection with the relative goods and services, we believe the parties can co-exist without any risk of consumer confusion.  To that end, we propose entering a co-existence agreement that includes a representation that the OTHER term will substantially appear as the dominant portion of the I AM OTHER mark, except for use as a url and in text.

No statement in this letter should be construed as a waiver of any rights, claims or defenses that our client may assert in the future.  Any such rights, claims and defenses are hereby expressly reserved.


Very truly yours,

Brad D. Rose
Brad D. Rose

BDR:ld
Attachments

1204195v1

**<u>Exhibit 1</u>**

| Mark | Reg/Serial No. | Reg/Filing Date | Good/Services | Owner |
|---|---|---|---|---|
| I AM TV | 3,323,334 | 10/30/2007 | Class 35: Advertising and Business Services<br>Class 38: Communication<br>Class 41: Education and Entertainment | Instant Access Media, LLC |
| I AM TV (and Design) | 3,355,146 | 12/18/2007 | Class 35: Advertising and Business Services<br>Class 38: Communication<br>Class 41: Education and Entertainment | Instant Access Media, LLC |
| I AM RED | 3,352,712 | 12/11/2007 | Class 38: Communication<br>Class 41: Education and Entertainment | Liberty Global Europe N.V. |
| I AM RED (Stylized) | 3,352,710 | 12/11/2007 | Class 38: Communication<br>Class 41: Education and Entertainment | Liberty Global Europe N.V. |
| I AM EMPOWERED I AM THE NATIONAL URBAN LEAGUE (and Design) | 4,222,283 | 10/9/2012 | Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 25: Clothing<br>Class 35: Advertising and Business Services<br>Class 36: Insurance and Financial<br>Class 38: Communication<br>Class 41: Education and Entertainment<br>Class 44: Medical, Beauty, and Agricultural | National Urban League, Inc. |
| I AM EMPOWERED I AM THE NATIONAL URBAN LEAGUE (and Design) | 4,222,282 | 10/9/2012 | Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 25: Clothing<br>Class 35: Advertising and Business Services<br>Class 36: Insurance and Financial<br>Class 38: Communication<br>Class 41: Education and Entertainment<br>Class 44: Medical, Beauty, and Agricultural | National Urban League, Inc. |

120642.v1
10180.00012

| Mark | Number | Date | Classes | Owner |
|---|---|---|---|---|
| I AM EMPOWERED | 85-195182 | 12/10/2010 | Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 25: Clothing<br>Class 35: Advertising and Business Services<br>Class 36: Insurance and Financial<br>Class 38: Communication<br>Class 41: Education and Entertainment<br>Class 44: Medical, Beauty, and Agricultural | National Urban League, Inc. |
| I AM NOYD! | 4,069,429 | 12/13/2011 | Class 16: Paper Goods and Printed Matter<br>Class 21: Housewares and Glass<br>Class 25: Clothing<br>Class 28: Toys and Sporting Goods<br>Class 41: Education and Entertainment | Kiaico Inc. |
| IAM | 2,392,384 | 10/3/2000 | Class 41: Education and Entertainment | Troy A. Gilbreath |
| IAM.COM | 2,392,383 | 10/3/2000 | Class 41: Education and Entertainment | Troy A. Gilbreath |
| I AM (and Design) | 1,828,123 | 3/29/2004 | Class 9: Electrical and Scientific Apparatus<br>Class 41: Education and Entertainment<br>Class 42: Scientific, Computer, & Legal | Saint Germain Foundation |
| I AM (and Design) | 1,357,947 | 9/3/2005 | Class 14: Jewelry | Saint Germain Foundation |
| I AM (and Design) | 634,398 | 9/11/1956; renewed 9/11/2006 | Class 38: Prints and Publications | Saint Germain Foundation |
| I'M | 3,294,036 | 9/18/2007 | Class 9: Electrical and Scientific Apparatus | Instant Media, Inc. |
| I'M | 3,149,552 | 9/26/2006 | Class 35: Advertising and Business Services | Instant Media, Inc. |

1203642 v1
10189.00012

| Mark | Reg. No. | Date | Classes | Name |
|---|---|---|---|---|
| I AM BAMBÚ (stylized) | 4,089,454 | 1/24/2012 | Class 3: Cosmetics and Cleaning Preparations<br>Class 4: Lubricants and Fuels<br>Class 5: Pharmaceuticals<br>Class 8: Hand Tools<br>Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 19: Non-metallic Building Materials<br>Class 20: Furniture and Articles Not Otherwise Classified<br>Class 21: Housewares and Glass<br>Class 22: Cordage and Fibers<br>Class 23: Yarns and Threads<br>Class 24: Fabrics<br>Class 25: Clothing<br>Class 26: Fancy Goods<br>Class 27: Floor Coverings<br>Class 28: Toys and Sporting Goods | Angela Marie Marchetti |
| I AM BLESSED | 4,258,005 | 12/11/2012 | Class 6: Metal Goods<br>Class 12: Vehicles<br>Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods | Dawn Stewart |
| I AM PROSPERING (stylized) | 3,443,378 | 6/10/2008 | Class 4: Lubricants and Fuels<br>Class 6: Metal Goods<br>Class 9: Electrical and Scientific Apparatus<br>Class 14: Jewelry<br>Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 24: Fabrics<br>Class 25: Clothing | Duchess Boyles |

3

1203642 v4
10189.00012

| Mark | Reg./Serial No. | Date | Classes | Owner |
|---|---|---|---|---|
| I AM NOT A FOOTBALL PLAYER | 3,145,753 | 9/19/2006 | Class 9: Electrical and Scientific Apparatus<br>Class 18: Leather Goods<br>Class 25: Clothing | 2 Strange S.R.L. |
| I AM STILL ALIVE | 3,344,676 | 11/27/2007 | Class 9: Electrical and Scientific Apparatus<br>Class 35: Advertising and Business Services<br>Class 42: Scientific, Computer, & Legal | I Am Still Alive LLC |
| I AM THE NETWORK | 3,655,434 | 7/14/2009 | Class 9: Electrical and Scientific Apparatus<br>Class 38: Communication<br>Class 41: Education and Entertainment | Forte Internet Software, Inc. |
| I AM NOT ASHAMED | 77-941343 | 2/22/2010 | Class 9: Electrical and Scientific Apparatus<br>Class 16: Paper Goods and Printed Matter<br>Class 25: Clothing<br>Class 41: Education and Entertainment | Answers In Genesis, Inc. |
| I AM A DREAMER (and Design) | 4,129,594 | 4/17/2012 | Class 9: Electrical and Scientific Apparatus<br>Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 35: Advertising and Business Services<br>Class 41: Education and Entertainment<br>Class 45: Personal | Levi Sap Nei Thang, LLC |
| I AM A HOMO SAPIENS | 3,915,097 | 2/1/2011 | Class 14: Jewelry<br>Class 25: Clothing | Helene Rohr |
| I AM FEARLESS | 85-024011 | 4/27/2010 | Class 14: Jewelry<br>Class 25: Clothing | Mary Margrill |
| I AM A PHOENIX | 3,832,659 | 2/4/2009 | Class: 16 Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 25: Clothing | Apollo Group, Inc. |
| I AM UNLIMITED POTENTIAL | 3,554,539 | 12/30/2008 | Class 16: Paper Goods and Printed Matter<br>Class 25: Clothing<br>Class 41: Education and Entertainment | Dianne Rhodes |

4

1203642 v1
10189.00012

| | | | | |
|---|---|---|---|---|
| I AM RENEWED 4 LIFE (stylized) | 4,109,669 | 3/6/2012 | Class 16: Paper Goods and Printed Matter<br>Class 21: Housewares and Glass<br>Class 25: Clothing | Compass Life Solutions, LLC |
| I AM A FARMAHOLIC (and Design) | 4,039,407 | 10/11/2011 | Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 25: Clothing | Puloongi Loongi, LLC |
| I AM BEYOND | 3,797,020 | 6/1/2010 | Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 25: Clothing<br>Class 35: Advertising and Business Services | I Am Beyond, LLC |
| IAMNEWYORK | 2,965,574 | 7/12/2005 | Class 25: Clothing<br>Class 41: Education and Entertainment | TLT Entertainment, Inc. |
| I AM | 2,045,626 | 3/18/1997; renewed 3/18/2007 | Class 3: Cosmetics and Cleaning Preparations | Danica A. Siegel |
| I AM (stylized) | 3,188,447 | 12/26/2006 | Class 9: Electrical and Scientific Apparatus<br>Class 14: Jewelry<br>Class 26: Fancy Goods | Bee Line Accessories Vertriebs GMBH. |
| IAM | 1,515,212 | 12/6/1988; renewed 16/6/2008 | Class 9: Electrical and Scientific Apparatus | Innovation Data Processing, Inc. |
| IAM | 77-752271 | 6/4/2009 | Class 9: Electrical and Scientific Apparatus<br>Class 16: Paper Goods and Printed Matter<br>Class 35: Advertising and Business Services | Globe White Page Limited |
| IAM (stylized) | 3,612,228 | 4/28/2009 | Class 14: Jewelry | Jacquie Geiger |
| I AM | 85-203805 | 12/22/2010 | Class 14: Jewelry | Radi Hamdan |
| I AM | 3,935,952 | 3/22/2011 | Class 14: Jewelry | Justin Finch |
| I AM (and Design) | 3,179,667 | 12/5/2006 | Class 16: Paper Goods and Printed Matter<br>Class 41: Education and Entertainment | Mary Ann Leslie |
| I AM (and Design) | 3,852,243 | 9/28/2010 | Class 16: Paper Goods and Printed Matter | PG International, LLC |
| IAM (stylized) | 2,867,257 | 7/27/2004 | Class 16: Paper Goods and Printed Matter | Trina L. Gooding |

5

1203642 v1

10189.00012

| | | | | |
|---|---|---|---|---|
| I AM | 2,033,568 | 10/1/1995; renewed 1/28/2007 | Class 18: Leather Goods | Sven Bullaert, *d/b/a* Quest Design |
| I AM (and Design) | 3,819,155 | 7/13/2010 | Class 25: Clothing | Shahjahan S. Noor; Navpreet S. Kohli |
| I AM | 85-088673 | 7/20/2010 | Class 25: Clothing | Armenta J. Howerton, *d/b/a* I Am, LLC |
| I AM (and Design) | 4,199,049 | 8/28/2012 | Class 25: Clothing | Kwadwo Bediako (Partnership) |
| I AM U RECORDS | 3,962,163 | 5/17/2011 | Class 9: Electrical and Scientific Apparatus | Daniel Maceo Bowens |
| THE GREAT I-AM | 2,825,647 | 3/23/2004 | Class 41: Education and Entertainment | The Great I-Am Audio/Video Production Studio, Inc. |
| IAM=ME | 3,966,945 | 5/24/2011 | Class 41: Education and Entertainment | Natoya Handy |
| I AM JACKK | 3,361,486 | 1/1/2008 | Class 9: Electrical and Scientific Apparatus | Edward G. Cunningham |
| I AM ROGUE | 4,152,117 | 6/5/2012 | Class 41: Education and Entertainment | RML Jackson, LLC |
| IAMROGUE | 4,152,119 | 6/5/2012 | Class 41: Education and Entertainment | RML Jackson, LLC |
| IAMVERYBROKE | 3,660,447 | 7/28/2009 | Class 41: Education and Entertainment | Savgrac Group Corp. |
| I AM (and Design) | 3,827,866 | 8/3/2010 | Class 41: Education and Entertainment | Stephenetta Harmon |
| I AM ZAZ | 4,149,220 | 5/29/2012 | Class 41: Education and Entertainment | Zaz Sielinski-Robinson |
| I AM AZ MUSIC | 4,165,888 | 6/26/2012 | Class 41: Education and Entertainment | Musical Instrument Museum Corp. |
| I AM MUSIC PROJECT…. | 4,005,218 | 8/2/2011 | Class 41: Education and Entertainment | Danny T. Pearson |
| "I AM" MUSIC OF THE SPHERES | 1,817,807 | 1/25/1994; reneued 1/1/2003 | Class 9: Electrical and Scientific Apparatus<br>Class 16: Paper Goods and Printed Matter | Saint Germain Foundation |
| I'AMEDIA | 3,498,347 | 9/9/2008 | Class 41: Education and Entertainment | I'AMedia Ltd. |
| IMA ROBOT | 3,211,747 | 2/20/2007 | Class 9: Electrical and Scientific Apparatus<br>Class 25: Clothing<br>Class 41: Education and Entertainment | Ima Robot Partnership |

| Mark | Number | Date | Class | Owner |
|---|---|---|---|---|
| I'M A MONEY MAGNET | 3,978,049 | 6/14/2011 | Class 41: Education and Entertainment | Wesley Garcia; Edwin Quinones; Eduardo Cajigas |
| I'M IN THE BAND | 3,958,789 | 5/10/2011 | Class 41: Education and Entertainment | Disney Enterprises, Inc. |
| I AM ENTERTAINMENT (and Design) | 4,117,353 | 3/27/2012 | Class 41: Education and Entertainment | I Am Entertainment, LLC |
| I AM NEVER WRONG | 3,715,778 | 11/24/2009 | Class 9: Electrical and Scientific Apparatus<br>Class 38: Communication<br>Class 41: Education and Entertainment | Slated, LLC d/b/a Slated IP, LLC |
| IAMPLAYGROUND | 3,992,294 | 7/12/2011 | Class 41: Education and Entertainment | Ryan B. Bonhardt |
| I AM A DREAMER (stylized) | 4,129,594 | 4/17/2012 | Class 9: Electrical and Scientific Apparatus<br>Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 18: Leather Goods<br>Class 21: Housewares and Glass<br>Class 35: Advertising and Business Services<br>Class 41: Education and Entertainment<br>Class 45: Personal | I AM A DREAMER, LLC |
| I AM NOT A COMMUNIST PRODUCTION | 4,070,283 | 12/13/2011 | Class 41: Education and Entertainment | Chris Gavrilovic |
| AM I A GOOD MUSICIAN?COM | 3,677,504 | 9/1/2009 | Class 41: Education and Entertainment | PurplerWater Productions, LLC |
| I'M THERE FOR YOU BABY | 3,235,310 | 4/24/2007 | Class 41: Education and Entertainment | I'm There For You Baby, LLC |
| I'M IN HATE WITH LOVE | 4,118,031 | 3/27/2012 | Class 41: Education and Entertainment | Human Loves Human, Inc. |
| IM THINKIN | 4,248,468 | 11/27/2012 | Class 41: Education and Entertainment | NV Media Corp. d/b/a Im Thinkin Corp. |
| ME I'M FAMOUS | 3,763,434 | 3/23/2010 | Class 9: Electrical and Scientific Apparatus<br>Class 41: Education and Entertainment | Guetta TM Management GMBH |

1203642.v1
10189.00012

| Mark | Number | Date | Class | Owner |
|---|---|---|---|---|
| I AM NUMBER FOUR | 4,091,830 | 1/24/2012 | Class 16: Paper Goods and Printed Matter | DreamWorks II Distribution., Co., LLC |
| I AM NOT I | 85-366894 | 7/8/2011 | Class 41: Education and Entertainment | Bellchant Music, Inc. |
| I AM NOT I | 85-366878 | 7/8/2011 | Class 9: Electrical and Scientific Apparatus | Bellchant Music, Inc. |
| I AM THE OCEAN | 85-096010 | 7/29/2010 | Class 41: Education and Entertainment | National Geographic Society Corp. |
| I AM THE OCEAN | 85-084245 | 7/14/2010 | Class 35: Advertising and Business Services | National Geographic Society Corp. |
| ALICIA KEYS AS I AM | 85-279853 | 11/27/2012 | Class 9: Electrical and Scientific Apparatus | Alicia Augello-Cook |
| IAMDONALD | 85-453740 | 10/16/2012 | Class 9: Electrical and Scientific Apparatus<br>Class 14: Jewelry<br>Class 16: Paper Goods and Printed Matter<br>Class 25: Clothing<br>Class 41: Education and Entertainment | Donald Glover II |
| I AM POWER | 4,091,186 | 1/24/2012 | Class 9: Electrical and Scientific Apparatus | Steve Harvey |
| I AM WELLNESS | 3,492,074 | 8/26/2008 | Class 25: Clothing | Brandon Dinovi |
| I AM SOCCER | 3,541,607 | 6/24/2008 | Class 25: Clothing | Richard D. Davies |
| I AM ALIVE | 3,925,929 | 9/16/2008 | Class 41: Education and Entertainment | Ubisoft Entertainment Corp. |
| I AM ENERGY | 3,948,137 | 7/6/2010 | Class 41: Education and Entertainment<br>Class 44: Medical, Beauty, and Agricultural | Donn Smith, Inc. |
| I AM TECHNOLOGY | 4,0009,769 | 8/9/2011 | Class 41: Education and Entertainment | Donn Smith, Inc. |
| I AM BASEBALL | 3,811,505 | 6/29/2010 | Class 25: Clothing | Jonathan A. Bullard |
| I AM SECOND | 3,914,717 | 2/1/2011 | Class 41: Education and Entertainment<br>Class 45: Personal | E3 Partners Ministry Corp. |
| I AM RIGHT | 3,619,235 | 5/12/2009 | Class 25: Clothing | Anthony J. Dragotta |
| I AM ANARCHY | 3,931,533 | 3/15/2011 | Class 25: Clothing | Bobby Enayati |
| I AM HOCKEY | 3,646,827 | 6/30/2009 | Class 25: Clothing | Timothy Synor |
| I AM SANTA MONICA (stylized) | 3,704,581 | 11/3/2009 | Class 41: Education and Entertainment | Santa Monica Convention & Visitors Bureau Corp. |
| I AM YOGA | 3,797,412 | 6/1/2010 | Class 41: Education and Entertainment | Connie Routh |

8

| Mark | Serial/Reg No. | Date | Class | Owner |
|---|---|---|---|---|
| I AM YUMMIE | 4,096,513 | 2/7/2012 | Class 25: Clothing | Times Three Clothier, LLC |
| I AM VISIBLE | 77-802949 | 8/12/2009 | Class 25: Clothing | Mary Margrill |
| I AM ART | 3,003,600 | 10/4/2005 | Class 41: Education and Entertainment | Linda I. Woods and Karen R. Dinino Partnership |
| I AM HOPE | 3,117,177 | 7/18/2006 | Class 35: Advertising and Business Services Class 36: Insurance and Financial Services Class 41: Education and Entertainment Class 44: Medical, Beauty, and Agricultural | Padres Contra El Cancer Corp. |
| I AM ENOUGH | 3,950,574 | 4/26/2011 | Class 41: Education and Entertainment | Hey Ugly, Inc. |
| I AM GOD | 3,971,992 | 5/31/2011 | Class 25: Clothing | Edward DeLaRosa |
| I AM WATERS | 3,954,743 | 7/5/2011 | Class 25: Clothing | I Am Waters Foundation, Inc. |
| I AM CULTURE (stylized) | 4,048,220 | 11/1/2011 | Class 25: Clothing | Oneil Campbell and Darrin Christian Lane, d/b/a The International Design |
| I AM LOVE | 4,087,429 | 1/17/2012 | Class 14: Jewelry Class 25: Clothing | Peace Love World, LLC |
| I AM CHAOS | 4,090,580 | 1/24/2012 | Class 14: Jewelry Class 25: Clothing | Peace Love World, LLC |
| I AM COUTURE | 4,097,942 | 2/14/2012 | Class 14: Jewelry | Deirdre Kennedy, d/b/a The Eyes of Eve Deirdre Kennedy |
| I AM ROYALTY | 85-757640 | 10/18/2012 | Class 41: Education and Entertainment | I Am Royalty, LLC |
| I AM ATL | 85-759774 | 10/22/2012 | Class 25: Clothing | Jeffrey Burns |
| I AM LA | 85-640205 | 5/31/2012 | Class 25: Clothing | Baktash Gulzarzada |
| I AM SUNSHINE | 85-497357 | 11/13/2012 | Class 25: Clothing | Peace Love World, LLC |
| I AM DEVOTION (stylized) | 4,121,908 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |

9

1203642 v1
10189.00012

| | | | | |
|---|---|---|---|---|
| I AM STRENGTH (stylized) | 4,121,905 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |
| I AM CONTROL (stylized) | 4,121,906 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |
| I AM KNOWLEDGE (stylized) | 4,121,910 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |
| I AM LAW (stylized) | 4,121,911 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |
| I AM PEACE (stylized) | 4,121,912 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |
| I AM PROTECTION (stylized) | 4,121,913 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |
| I AM UNITY (stylized) | 4,121,914 | 4/3/2012 | Class 41: Education and Entertainment | Shaaim Family, LLC |
| I AM ECO | 85-698106 | 8/8/2012 | Class 12: Vehicles<br>Class 25: Clothing<br>Class 35: Advertising and Business Services<br>Class 41: Education and Entertainment | Roger P. Moenks and Andrew Barile |
| I AM PTOWN | 85-701359 | 8/11/2012 | Class 14: Jewelry<br>Class 18: Leather Goods<br>Class 25: Clothing | Gina L. Garda |
| I AM HD | 85-561013 | 3/6/2012 | Class 9: Electrical and Scientific Apparatus<br>Class 35: Advertising and Business Services<br>Class 38: Communication<br>Class 41: Education and Entertainment<br>Class 42: Scientific, Computer, & Legal<br>Class 45: Personal | Fotis Georgiadis |
| I AM NOW | 85-706719 | 8/17/2012 | Class 25: Clothing | I Am Now, Inc. |
| I AM DJ | 85-266499 | 3/14/2011 | Class 41: Education and Entertainment | Tayo Productions, Inc. |

10

1203642.v1
10189.00012

**Exhibit 2**

Artist search results for "I+am" : AllMusic

## AllMusic

| _____ | Submit Query |

- explore
  - 

  - **popular genres (a-z)**
    - 
      Blues

      B.B. King, John Lee Hooker, Bessie Smith

    - 
      Classical

      Yo-Yo Ma, Glenn Gould, Philip Glass

    - 
      Country

      Taylor Swift, Johnny Cash, Steve Earle

    - 
      Electronic

      Moby, Kraftwerk, Daft Punk, Girl Talk

    - 
      Jazz

      John Coltrane, Ella Fitzgerald, Miles Davis

    - 

    - 
      Latin

      Shakira, Willie Colon, Pitbull, Los Lobos

    - 
      Pop/Rock

      White Stripes, Lady Gaga, Chuck Berry

    -

Rap

Eminem, De La Soul, The Roots

- Reggae

Bob Marley, Black Uhuru, UB40, Shaggy

see all genres »

- **popular moods**

  - Romantic
  - Bittersweet
  - Druggy
  - Melancholy
  - Hypnotic
  - Aggressive
  - Sexy
  see all moods »

- **popular themes**

  - Late Night
  - Introspection
  - Partying
  - Rainy Day
  - Summer
  - Cool & Cocky
  - Drinking
  see all themes »
- new releases

  - Editors' Choice
  - Notable New Releases
  - All New Releases
- best of 2012

# 133 artist search results found for

I am

Result Type

- All (51,078)

Artist search results for "I+am" : AllMusic

- Artists (133)
- Albums (2,578)
- Songs (48,044)
- Compositions (323)

Genre

- All (60)
- Avant-Garde (1)
- Electronic (9)
- International (1)
- Pop/Rock (41)
- R&B (1)
- Rap (7)

I Am Kloot
Pop/Rock
2000s - 2010s

I Am The
Pop/Rock

I Am
Pop/Rock

I Am Arrows
Pop/Rock
2000s - 2010s



I Am Empire
Pop/Rock, Religious
2010s

Therefore I Am
Pop/Rock
2000s

I Am Robot and Proud
Electronic, Pop/Rock
2000s - 2010s

I Am I
Pop/Rock



Artist search results for "I+am" : AllMusic

<u>I Am Ghost</u>
Pop/Rock
2000s



<u>I Am Oak</u>
Pop/Rock
2010s



<u>I Am War</u>
Pop/Rock

<u>I Am Virgin</u>
Pop/Rock
2010s

<u>I Am Absolute</u>
Pop/Rock
2010s

<u>I Am One Project</u>
Rap
2010s

<u>i AM esper</u>
Avant-Garde
2000s - 2010s

<u>Random I Am</u>
Pop/Rock
2010s



http://www.allmusic.com/search/artists/I+am

12/9/2012

Artist search results for "I+am" : AllMusic

<u>You Am I</u>
Pop/Rock
1990s - 2000s



<u>I Am the Avalanche</u>
Pop/Rock
2000s



<u>I Am the Ocean</u>
Pop/Rock
2000s



<u>I Am the Pilot</u>
Pop/Rock
2000s



<u>I Am Giant</u>
Pop/Rock

<u>I Am Revenge</u>
Pop/Rock

<u>I Am Future</u>
Pop/Rock

<u>I Am a Band</u>
Pop/Rock

<u>I Am Noxious</u>
Pop/Rock

<u>I Am Jen</u>
Electronic
2000s

Artist search results for "I+am" : AllMusic

You Are I Am
Pop/Rock
Who Am I?
Rap
1990s
Big I Am
Folk
I Am Electric
Pop/Rock
I Am Abomination
Pop/Rock
I Am the Messenger
Pop/Rock
I Am the Icarus

2000s
I Am David Sparkle
Pop/Rock
Am I
Rap
I Am an Optimist
Pop/Rock
Since I Am
Pop/Rock
I Am Terrified
Religious
I Am Heresy
Pop/Rock
Sam I Am

I Am Alpha And Omega
Pop/Rock
Will I Am Parrott
Pop/Rock
I Am I See
Rap
No Ninja Am I
Pop/Rock
I Am Colossus

I Am X
Electronic
I Am Spartacus
Electronic
2000s

I Am Frankie Scrapmetal
Pop/Rock

I Am the Victory
Pop/Rock

I Am Legend
Rap

I Am Spoonbender
Pop/Rock
1990s - 2000s

I Am a Nobukazu Takemura Cover Band
Pop/Rock
2000s

I Am Lovedrug
Pop/Rock

Hell I Am
Electronic

I Am Bones
Pop/Rock
2000s

I Am an Exit
Electronic

For All I Am
Pop/Rock

I Am The Mighty Jungulator


I Am Victorious
Pop/Rock

I Am Jack
Pop/Rock

Wolf Am I
Pop/Rock

I Am the Branch
Pop/Rock

I Am the Woodstar
Pop/Rock

I Am Sam
Electronic

Beloved I Am
International

I Am Fighting
Pop/Rock

I Am Forever
Pop/Rock

Sam I Am
Rap

Artist search results for "I+am" : AllMusic

I Am Hunger
Pop/Rock

An Island Am I
Pop/Rock

I Am Scientist
Electronic

I Am Finn
Pop/Rock

I Am Siam
Pop/Rock
1980s

I Am 7
Pop/Rock
2000s

I Am Eternal
Pop/Rock

I Am the Trireme
Pop/Rock

I Am Committing a Sin
Pop/Rock

Am I Blood
Pop/Rock
1990s - 2000s

5am I Am

I Am Echo
Pop/Rock

I Am a Vowel
Pop/Rock

I Am Committing A Sin
Pop/Rock

I Am Sac
Pop/Rock

I Am Kojack
Electronic

Yes I Am
Pop/Rock

I Am History
Pop/Rock

I Am The One

The I Am Saying .

Nor Am I

Pop/Rock
2000s
I Am the Elephant
Pop/Rock
Destiny's Child & Will I Am

This Song Is a Mess But So Am I
Electronic, Pop/Rock
2000s
I Am Plastic

My Mom Said I Am a Freak
Electronic
I Am the Dot
Pop/Rock
I Am Alaska
Pop/Rock
I Am the Dream
Pop/Rock
I Am Ryan
Pop/Rock
I Am Lamp
Pop/Rock
I Am Kat
Pop/Rock
I Am Cereals
Rap
I Am Band
Pop/Rock
I Am the Faith You Are the Science
Electronic
I Am Your Autopilot
Pop/Rock
I Am Agent Jay
Electronic
I Am the Hamster
Pop/Rock
For I Am Blind
Pop/Rock
2000s
I Am Seamonster
Avant-Garde
I Am The Door
Pop/Rock
I Am Knot

Artist search results for "I+am" : AllMusic

Am I Jesus
Pop/Rock

I Am Hope
Electronic

I Am the World Trade Center
Pop/Rock
1990s - 2000s

The Pan I Am
Pop/Rock

Mad'am I
Electronic

Shaw-Han Liem
Electronic
2000s

Y. Am.I
Rap

I.Am Willi
Pop/Rock

I.Am Wil
R&B

I.Am.a.Dot
Rap

IAM
Pop/Rock, Rap, International
1980s - 2010s

I AM
Rap

Iyam
Pop/Rock
2000s

2 Am
Electronic

3 AM


3 AM
Rap

iSam
Electronic

Ikam
Electronic
1990s

Imam


Izam

International
4 AM

Iam
Pop/Rock

- allmusic
- allmovie
- allgame
- divx
- celebified
- sidereel

-

- Corporate Site

Artist search results for "I+am" : AllMusic

- <u>Copyright Policy</u>
- <u>Developers</u>
- <u>Help/FAQ</u>
- <u>Feedback</u>
- <u>Advertise</u>
- <u>Privacy Policy</u>
- <u>Terms of Use</u>

- ©2012 Rovi Corp | All Rights Reserved

Browse Top Artists from I to Iz - ARTISTdirect Music

Page I of 2



Browse Top Artists from I to Iz - ARTISTdirect Music

Add Us On myspace

. Am the Ocean
...And Your City Needs Swallowing

I Am the Pilot
Crashing Into Consciousness

I Am the World Trade Center

I Am X

I B Sometimes

I Belli Di Waikiki

I Born

I-Boyz

I Broke My Robot

I Burn

I-C

I C E E

I Califfi
Fiore di Metallo

I Camaleonti

I Cameristi Di Roma

I Can Crawl

I Can Lick Any Sonofabitch in the House
Live at Dante's

I Can Make a Mess Like Nobody's Business
I Can Make a Mess Like Nobody's Business

I Cantori Di Carpino

I Cantori Moderni di Alessandroni
Modern Singers

I-Cheese

◁ ◁ 1 2 3 4 5 6 7 8 9 10 ▷ ▷▷

| ARTISTdirect | RSS News Feed | Newsletter | Search |
|---|---|---|---|
| Home | ARTISTdirect Main Headlines | Sign up for newsletter | search |
| News | Featured Music Releases | ROGUE 3D eyewear | |
| Artists | Top Bands & Music Artists | Shop | |
| Songs | Top Free Music Downloads | FAQ | |
| Videos | Top Free Music Videos | | |
| Photos | Recent Album Reviews | | |
| Movies | | | |
| Shop | | | |
| Tickets | | | |
| Free Stuff | | | |
| Music | | | |

© 1997 - 2012 Rogue Digital, LLC. All Rights Reserved  Privacy Policy  Contact Us  Terms of Use  To Advertise  Copyright Policy  Sitemap